# Exhibit 1

DROIGSA-09-0038
### INTER-GOVERNMENTAL SERVICE AGREEMENT
#### BETWEEN THE
#### UNITED STATES DEPARTMENT OF HOMELAND SECURITY
#### U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
#### OFFICE OF DETENTION AND REMOVAL
#### AND
#### BAKER COUNTY SHERIFF'S DEPARTMENT

This Inter-Governmental Service Agreement ("Agreement") is entered into between
United States Department of Homeland Security Immigration and Customs Enforcement
("ICE"), and Baker County Sheriff's Department (**"Service Provider"**) for the detention
and care of aliens (**"detainees"**). The term "Parties" is used in this Agreement to refer
jointly to ICE and the Service Provider.

## FACILITY LOCATION:

The Service Provider shall provide detention services for detainees at the following
institution(s):

**Baker County Sheriff's Department ("Facility")**
**1 Sheriffs Office Drive**
**Macclenny, FL  32063**

INTERGOVERNMENTAL SERVICE AGREEMENT
- ATTACHMENT 1– Title 29, Part 4 Labor Standards for Federal Service Contract
  Clause
- ATTACHMENT 2 – WAGE DETERMINATION NUMBER 2009-0116 DATED **07/10/2009**.
-

**IN WITNESS WHEREOF,** the undersigned, duly authorized officers, have subscribed their
names on behalf of the Baker County Sheriff's Department and Department of Homeland
Security, U.S. Immigration and Customs Enforcement.

**ACCEPTED:**                                          **ACCEPTED:**
U.S. Immigration and Customs Enforcement      Baker County Sheriff's Department

▮▮▮▮▮▮▮▮▮▮▮▮

[Signature]
Mr. Joey B. Dobson
Contracting Officer                                   Baker County Sheriff

Date: 17 Aug 2009                                     Date: August 3, 2009

## Article I.  Purpose

A. <u>Purpose:</u>  The purpose of this Intergovernmental Service Agreement (IGSA) is to establish an Agreement between ICE and the Service Provider for the detention and care of persons detained under the authority of the Immigration and Nationality Act, as amended.  All persons in the custody of ICE are "Administrative Detainees".  This term recognizes that ICE detainees are not charged with criminal violations and are only held in custody to assure their presence throughout the administrative hearing process and to assure their presence for removal from the United States pursuant to a lawful final order by the Immigration Court, the Board of Immigration Appeals or other Federal judicial body.

B. <u>Responsibilities:</u>  This Agreement sets forth the responsibilities of ICE and the Service Provider.  The Agreement states the services the Service Provider shall perform satisfactorily to receive payment from ICE at the rate prescribed in Article I, C.

C. <u>Guidance:</u>  This is a fixed rate agreement, not a cost reimbursable agreement, with respect to the detainee day rate.  The detainee day rate is **$84.72**.  ICE shall be responsible for reviewing and approving the costs associated with this Agreement and subsequent modifications utilizing all applicable federal procurement laws, regulations and standards in arriving at the detainee day rate.

## Article II.  General

A. <u>Commencement of Services:</u>  ICE is under no obligation to utilize the facility identified herein until the need for detention services has been confirmed, funding has been identified and made available, and the facility meets ICE requirements and is in compliance with ICE detention standards..

B. <u>Funding:</u>  The obligation of ICE to make payments to the Service Provider is contingent upon the availability of Federal funds.  ICE will neither present detainees to the Service Provider nor direct performance of any other services until ICE has the appropriate funding.  Orders will be placed under this Agreement when specific requirements have been identified and funding obtained.  Performance under this Agreement is not authorized until the Contracting Officer issues an order in writing. The effective date of the Services will be negotiated and specified in a delivery order to this Agreement.

C. <u>Subcontractors:</u>  The Service Provider shall notify and obtain approval from the ICE Contracting Officer's Technical Representative (COTR) or designated ICE official if it intends to house ICE detainees in a facility other than the Baker County Sheriff's Department.  If either that facility, or any future facility is operated by an entity other than the Service Provider, ICE shall treat the entity as a subcontractor to the Service Provider.  The Service Provider shall obtain the

Contracting Officer's approval before subcontracting the detention and care of detainees to another entity. The Contracting Officer has the right to deny, withhold, or withdraw approval of the proposed subcontractor. Upon approval by the Contracting Officer, the Service Provider shall ensure that any subcontract includes all provisions of this Agreement, and shall provide ICE with copies of all subcontracts. All payments will be made to the Service Provider. ICE will not accept invoices from, or make payments to a subcontractor. Subcontractors that perform under this agreement are subject to the terms and conditions of this IGSA.

D. <u>Consistent with Law:</u> This is a firm fixed rate agreement, not a cost reimbursable agreement. This Agreement is permitted under applicable statutes, regulation, policies or judicial mandates. Any provision of this Agreement contrary to applicable statutes, regulation, policies or judicial mandates is null and void and shall not necessarily affect the balance of the Agreement.

## Article III. Covered Services

A. <u>Bedspace:</u> The Service Provider shall provide male/female beds on a space available basis (up to 350). The Service Provider shall house all detainees as determined within the Service Provider's classification system. ICE will be financially liable only for the actual detainee days as defined in Paragraph C of Article III.

B. <u>Basic Needs:</u> The Service Provider shall provide ICE detainees with safekeeping, housing, subsistence, medical and other services in accordance with this Agreement. In providing these services, the Service Provider shall ensure compliance with all applicable laws, regulations, fire and safety codes, policies and procedures. The types and levels of services shall be consistent with those the Service Provider routinely affords other inmates.

If the Service Provider determines that ICE has delivered a person for custody who is under the age of eighteen (18), the Service Provider shall not house that person with adult detainees and shall immediately notify the ICE COTR or designated ICE official. ICE will use its best efforts to remove the juvenile within seventy-two (72) hours.

C. <u>Unit of Service and Financial Liability:</u> The unit of service is called a "detainee day" and is defined as one person per day. The detainee day begins on the date of arrival. The Service Provider may bill ICE for the date of arrival but not the date of departure. The Service Provider shall not charge for costs that are not directly related to the housing and detention of detainees. Such costs include but are not limited to:

Page 3 of 17

1) Salaries of elected officials
2) Salaries of employees not directly engaged in the housing and detention of detainees
3) Indirect costs in which a percentage of all local government costs are pro-rated and applied to individual departments unless, those cost are allocated under an approved Cost Allocation Plan
4) Detainee services which are not provided to, or cannot be used by, Federal detainees
5) Operating costs of facilities not utilized by Federal detainees
6) Interest on borrowing (however represented), bond discounts, costs of financing/refinancing, except as prescribed by OMB Circular A-87.
7) Legal or professional fees (specifically legal expenses for prosecution of claims against the Federal Government, legal expenses of individual detainees or inmates)
8) Contingencies

D. Interpretive Services: The Service Provider shall make special provisions for non-English speaking, handicapped or illiterate detainees. ICE will reimburse the Service Provider for the actual costs associated with providing commercial written or telephone language interpretive services. Upon request, ICE will assist the Service Provider in obtaining translation services. The Service Provider shall provide all instructions verbally either in English or the detainees' language, as appropriate, to detainees who cannot read. The Service Provider shall include the actual costs that the Service Provider paid for such services on its monthly invoice. Except in emergency situations, the Service Provider shall not use detainees for translation services. If the Service Provider uses a detainee for translation service, it shall notify ICE within twenty-four (24) hours of the translation service.

E. Escort and Transportation Services: The Service Provider will provide, upon request and as scheduled by ICE, necessary escort and transportation services for ICE detainees to and from designated locations. Escort services may be required for escorting detainees to court hearings; escorting witnesses to the courtroom and staged with the ICE Judge during administrative proceedings. Transportation Services shall be performed by at least two (2) qualified sworn law enforcement or correctional officer personnel employed by the Service Provider under their policies, procedures and authorities. See Article XVII.

## Article IV. Receiving and Discharging Detainees

A. Required Activity: The Service Provider shall receive and discharge detainees only to and from properly identified ICE personnel or other properly identified Federal law enforcement officials with prior authorization from DHS/ICE. Presentation of U.S. Government identification shall constitute "proper identification." The Service Provider shall furnish receiving and discharging

services twenty-four (24) hours per day, seven (7) days per week. ICE shall furnish the Service Provider with reasonable notice of receiving and discharging detainees. The Service Provider shall ensure positive identification and recording of detainees and ICE officers. The Service Provider shall not permit medical or emergency discharges except through coordination with on-duty ICE officers.

B. <u>Emergency Situations:</u> ICE detainees shall not be released from the facility into the custody of other Federal, state, or local officials for any reason, except for medical or emergency situations, without express authorization of ICE.

C. <u>Restricted Release of Detainees:</u> The Service Provider shall not release ICE detainees from its physical custody to any persons other than those described in Paragraph A of Article IV for any reason, except for either medical, other emergency situations, or in response to a federal writ of habeas corpus. If an ICE detainee is sought for federal, state, or local proceedings, only ICE may authorize release of the detainee for such purposes. The Service Provider shall contact the ICE COTR or designated ICE official immediately regarding any such requests.

D. <u>Service Provider Right of Refusal:</u> The Service Provider retains the right to refuse acceptance, or request removal, of any detainee exhibiting violent or disruptive behavior, or of any detainee found to have a medical condition that requires medical care beyond the scope of the Service Provider's health care provider. In the case of a detainee already in custody, the Service Provider shall notify ICE and request such removal of the detainee from the Facility. The Service Provider shall allow ICE reasonable time to make alternative arrangements for the detainee.

E. <u>Emergency Evacuation:</u> In the event of an emergency requiring evacuation of the Facility, the Service Provider shall evacuate ICE detainees in the same manner, and with the same safeguards, as it employs for persons detained under the Service Provider's authority. The Service Provider shall notify the ICE COTR or designated ICE official within two (2) hours of evacuation.

## Article V.  DHS/ICE Detention Standards

<u>Satisfactory Performance:</u>

The Service Provider is required to house detainees and perform related detention services in accordance with the most current edition of **ICE National Detention Standards** (http://www.ice.gov/partners/dro/opsmanual/index.htm). ICE Inspectors will conduct periodic inspections of the facility to assure compliance with the ICE National Detention Standards.

**Article VI.  Medical Services**

A.  The Service Provider shall be responsible for providing health care services for ICE detainees at the facility, including: on-site sick call, over the counter medication and routine drugs and medical supplies.

B.  In the event of an emergency, the Service Provider shall proceed immediately with necessary medical treatment. In such event, the Service Provider shall notify ICE immediately regarding the nature of the transferred detainee's illness or injury and type of treatment provided.

C.  The Service Provider shall ensure that all health care service providers utilized for ICE detainees hold current licenses, certifications, and/or registrations with the State and/or City where they are practicing. The Service Provider shall retain a registered nurse to provide health care and sick call coverage unless expressly stated otherwise in this Agreement.

D.  The Service Provider shall ensure that onsite medical and health care coverage is available for all ICE detainees at the facility twenty-four (24) hours per day, seven (7) days per week. The Service Provider shall ensure that its employees solicit each detainee for health complaints and deliver complaints in writing to the medical and health care staff.

E.  The Service Provider shall furnish onsite health care under this Agreement as defined by the facility local health authority. The Service Provider shall not charge any ICE detainee an additional fee or co-payment for medical services or treatment provided at the Facility. The Service Provider shall ensure that ICE detainees receive no lower level of onsite medical care and services than those it provides to local inmates, if there are any.

F.  Onsite health care services shall perform initial medical screening within 12 hours of arrival to the facility, sick call coverage, provision of over-the-counter medications, treatment of minor injuries, treatment of special needs and mental health assessments.  A full health assessment to include a history and hands on physical examination must be done within the first 14 days of detainee arrival. Detainees with chronic conditions shall receive prescribed treatment and follow-up care.

G.  Arrival screening shall include at a minimum TB symptom screening, planting of the Tuberculin; skin Test (PPD), and recording the history of past and present illnesses (mental and physical, pregnancy status, history of substance abuse).

H.  If the Service Provider determines that an ICE detainee has a medical condition which renders that person unacceptable for detention under this Agreement, (for example, contagious disease, condition needing life support, uncontrollable

violence), the Service Provider shall notify ICE. Upon such notification, the Service Provider shall allow ICE reasonable time to make the proper arrangements for further disposition of that detainee.

I.  The DIHS acts as the agent and final health authority for ICE on all off-site detainee medical and health related matters. The Service Provider shall release any and all medical information for ICE detainees to the DIHS representatives upon request, except where prohibited by federal or state law or regulation. The Service Provider shall submit a Treatment Authorization Request (TAR) DIHS for payment before proceeding with non-emergency, off-site medical care (e.g. off site lab testing, eyeglasses, cosmetic dental, prosthetics, and dental care for cosmetic purposes).

J.  The Service Provider shall submit supporting documentation for non-routine, off-site medical/health services to DIHS. For medical care provided outside the facility, the DIHS may determine that an alternative medical provider or institution that more aptly meets the needs of ICE and the detainee. The Service Provider shall send requests for pre-approval for non-emergency off-site care electronically to the following address icehealth.org/tarweb.

K.  The Service Provider shall furnish twenty-four (24) hour emergency medical care and facility emergency evacuation procedures. In an emergency, the Service Provider shall obtain the medical treatment required. The Service Provider shall have access to an off site emergency medical provider at all times. The Health Authority of the Service Provider shall notify the DIHS Managed Care Coordinators, ICE Health Services, 1220 L Street, NW, PMB 468, Washington, DC, 20005-4018, phone (888) 718-8947, as soon as possible, and in no case more than seventy-two (72) hours after detainee receipt of such care. The Health Authority will obtain pre-authorization for payment from the DIHS Managed Care Coordinator for service(s) beyond the initial emergency situation.

L.  The Service Provider shall allow DIHS Managed Care Coordinators reasonable access to its facility and medical records of ICE detainees for the purpose of liaison activities with the local IGSA Health Authority and associated Service Provider departments.

M.  The Service Provider shall provide ICE detainee medical records to ICE whether created by the Provider or its subcontractors/vendor upon request from the Contracting Officer's Technical Representative or Contracting officer.

N.  All claims for authorized medical care are to be submitted to the following address:

> HIS VA Financial Services Center
> PO Box 149345
> Austin TX 78714-9345

O. The Division of Immigration Health Services (DIHS) provides limited prescription drug coverage for individuals in the custody of ICE.

Prescriptions are filled at local pharmacies which are part of the Script Care Network (or other designated Pharmacy Benefits Manager). Below is the process for obtaining prescriptions for ICE detainees:

1. The provider shall request a group number which should be used at the pharmacy in conjunction with the BIN# 004410 and Processor Control # DIHS assigned by Script Care Network to designate this is an ICE detainee. The custodial facility should either fax or take a copy of the prescription to their participating pharmacy and indicate that this is an ICE detainee.
2. The pharmacy will run the prescription through the Script Care network for processing.
3. Formulary prescription will be dispensed; however, there will be no need for an exchange of cash between the pharmacy and custodial facility as the pharmacy will receive payment directly from Script Care.
4. Non-Formulary prescriptions will follow the same procedure as formulary prescriptions; however, because non-formulary medications require prior authorization the pharmacy will receive a rejection indicating prior authorization is required. At that point the custodial facility will fax to Script Care the Drug Prior Authorization Request Form (409-833-7435) to the number designated at the top of the form. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved. Non-Formulary urgent request must be submitted in the above manner except an X should be placed on the form in the space for URGENT REQUEST and faxed to 409-923-7391. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved.

For further information regarding the Script Care Network please contact the VA Financial Services Center at 800-479-0523 or Script Care directly at 800-880-9988.

## Article VII. No Employment of Unauthorized Aliens

Subject to existing laws, regulations, Executive Orders, and addenda to this Agreement, the Service Provider shall not employ aliens unauthorized to work in the United States. Except for maintaining personal living areas, ICE detainees shall not be required to perform manual labor.

### Article VIII. Employment Screening Requirements

A. <u>General</u>.  The Service Provider shall certify to the Contracting Officer that any employees performing under this Agreement, who have access to ICE detainees, will have successfully completed an employment screening that includes at a minimum a criminal history records check, employment reference checks and a citizenship check.

B. <u>Employment Eligibility</u>.  Screening criteria that will exclude applicants from consideration to perform under this agreement includes:

1. Felony convictions
2. Conviction of a sex crime
3. Offense/s involving a child victim
4. Felony drug convictions
5. Pattern of arrests, without convictions, that brings into question a person's judgment and reliability to promote the efficiency and integrity of the ICE mission.
6. Intentional falsification and/or omission of pertinent personal information to influence a favorable employment decision.

Subject to existing law, regulations and/or other provisions of this Agreement, illegal or undocumented aliens shall not be employed by the Service Provider.

The Service Provider shall certify that each employee working on this Agreement will have a Social Security Card issued and approved by the Social Security Administration.  The Service Provider shall be responsible to the Government for acts and omissions of his own employees and for any Subcontractor(s) and their employees.

The Service Provider shall expressly incorporate this provision into any and all Subcontracts or subordinate agreements issued in support of this Agreement.

The Service Provider shall recertify their employees every three years by conducting a criminal history records check to maintain the integrity of the workforce.

The Service Provider shall implement a Self-Reporting requirement for its employees to immediately report one's own criminal arrest/s to superiors.

C. <u>Security Management</u>.  The Service Provider shall appoint a senior official to act as the Agreement Security Officer.  The individual will interface with the COTR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Service Provider.

The COTR and Contracting Officer shall have the right to inspect the procedures, methods, all documentation and facilities utilized by the Service Provider in complying with the security requirements under this Agreement. Should ICE determine that the Service Provider is not complying with the security requirements of this Agreement, the Service Provider shall be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with these employment screening requirements.

## Article IX. Period of Performance

This Agreement shall become effective upon the date of final signature by the ICE Contracting Officer and the authorized signatory of the Service Provider and will remain in effect for a period not to exceed 60 months unless extended by bi-lateral modification or terminated in writing by either party. Either party must provide written notice of intention to terminate the agreement, 120 days in advance of the effective date of formal termination, or the Parties may agree to a shorter period under the procedures prescribed in Article XI.

## Article X. Inspection

A. <u>Jail Agreement Inspection Report</u>: The Jail Agreement Inspection Report stipulates minimum requirements for fire/safety code compliance, supervision, segregation, sleeping utensils, meals, medical care, confidential communication, telephone access, legal counsel, legal library, visitation, and recreation. The Service Provider shall allow ICE to conduct inspections of the facility, as required, to ensure an acceptable level of services and acceptable conditions of confinement as determined by ICE. No notice to the Service Provider is required prior to an inspection. ICE will conduct such inspections in accordance with the Jail Agreement Inspection Report. ICE will share findings of the inspection with the Service Provider's facility administrator. The Inspection Report will state any improvements to facility operation, conditions of confinement, and level of service that will be required by the Service Provider.

B. <u>Possible Termination</u>: If the Service Provider fails to remedy deficient service identified through an ICE inspection, ICE may terminate this Agreement without regard to the provisions of Articles IX and XI.

C. <u>Share Findings</u>: The Service Provider shall provide ICE copies of facility inspections, reviews, examinations, and surveys performed by accreditation sources.

D. <u>Access to Detainee Records:</u> The Service Provider shall, upon request, grant ICE access to any record in its possession, regardless of whether the Service Provider created the record, concerning any detainee held pursuant to this Agreement. This right of access shall include, but is not limited to, incident reports, records relating to suicide attempts, and behavioral assessments and other records relating to the

detainee's behavior while in the Service Provider's custody. Furthermore, the
Service Provider shall retain all records where this right of access applies for a
period of two (2) years from the date of the detainee's discharge from the Service
Provider's custody.

### Article XI. Modifications and Disputes

A. Modifications: Actions other than those designated in this Agreement will not
bind or incur liability on behalf of either Party. Either Party may request a
modification to this Agreement by submitting a written request to the other Party.
A modification will become a part of this Agreement only after the ICE
Contracting Officer and the authorized signatory of the Service Provider have
approved the modification in writing.

B. Changes.
(1) The Contracting Officer may at any time, by written order, and without notice
to the Service Provider, if any, make changes within the general scope of this
Agreement in any one or more of the following:
   (a) Description of services to be performed, including revisions to the
   detention standards.
   (b) Quantity of services to be provided
   (c) Place of performance of the services.

(2) If any such change causes an increase or decrease in the cost of the services
under the Agreement, the Contracting Officer shall make an equitable adjustment
in the agreement price and shall modify the Agreement accordingly.
(3) The Service provider must assert its right to an adjustment under this Article
within 30 days from the date of receipt of the written order including a proposal
addressing the cost impacts and detailed supporting data.
(4) If the Service Provider's proposal includes costs that are determined
unreasonable and/or unsupportable, as determined by the Contracting Officer, the
Contracting Officer shall disallow those costs when determining a revised rate, if
any.
(5) Failure to agree to any adjustment shall be a dispute under the Disputes
section of the Agreement. However, nothing in this Article shall excuse the
Service Provider from proceeding with the Agreement as changed.

C. Disputes: The ICE Contracting Officer and the authorized signatory of the
Service Provider will settle disputes, questions and concerns arising from this
Agreement. Settlement of disputes shall be memorialized in a written
modification between the ICE Contracting Officer and authorized signatory of the
Service Provider. In the event a dispute is not able to be resolved between the
Service Provider and the ICE Contracting Officer, the ICE Contracting Officer
will make the final decision. If the Service Provider does not agree with the final
decision, the matter may be appealed to the ICE Head of the Contracting Activity
(HCA) for resolution. The ICE HCA may employ all methods available to
resolve the dispute including alternative dispute resolution techniques. The

Service Provider shall proceed diligently with performance of this Agreement
pending final resolution of any dispute.

## Article XII.  Adjusting the Detainee Day Rate

ICE shall reimburse the Service Provider at the fixed detainee day rate shown on the
cover page of the document, Article I C.  The Parties may adjust the rate twelve (12)
months after the effective date of the agreement and every twelve (12) months
thereafter.  The facility of the Service Provider is new.  Therefore, it has been agreed
to that once the facility has been in full operation with at least 80% capacity and all
systems and personnel in place for six (6) months, the Service Provider will provide
actual costs to evaluate whether the bed day rate needs to be adjusted accordingly.
The Parties shall base the cost portion of the rate adjustment on the principles of
allowability and allocability as set forth in OMB Circular A-87, federal procurement
laws, regulations, and standards in arriving at the detainee day rate.  The request for
adjustment shall be submitted on an ICE Jail Services Cost Statement.  If ICE does
not receive an official request for a detainee day rate adjustment that is supported by
an ICE Jail Services Cost Statement, the fixed detainee day rate as stated in this
Agreement will be in place indefinitely.  See Article XI A.

ICE reserves the right to audit the actual and/or prospective costs upon which the rate
adjustment is based.  All rate adjustments are prospective.  As this is a fixed rate
agreement, there are **no** retroactive adjustment(s).

## Article XIII.  Enrollment, Invoicing, and Payment

A.  Enrollment in Electronic Funds Transfer:  The Service Provider shall provide ICE
with the information needed to make payments by electronic funds transfer (EFT).
Since January 1, 1999, ICE makes all payments only by EFT. The Service Provider
shall identify their financial institution and related information on Standard Form
3881, Automated Clearing House (ACH) Vendor Miscellaneous Payment Enrollment
Form. The Service Provider shall submit a completed SF 3881 to ICE payment office
prior to submitting its initial request for payment under this Agreement. If the EFT
data changes, the Service Provider shall be responsible for providing updated
information to the ICE payment office.

B.  Consolidated Invoicing – The Service Provider shall submit an original monthly
itemized invoice within the first ten (10) working days of the month following the
calendar month when it provided the services via one of the following three methods:

a.  **By mail:**
    DHS, ICE
    **Burlington Finance Center**
    P.O. Box 1620
    Williston, VT  05495-1620
    Attn: ICE-DRO-FOD-Miami

b. **By facsimile (fax): (include a cover sheet with point of contact & # of pages)**
   802-288-7658
   c. By e-mail:
   ▮▮▮▮▮▮▮▮▮▮▮ )dhs.gov

Invoices submitted by other than these three methods will be returned. The contractor's Taxpayer Identification Number (TIN) must be registered in the Central Contractor Registration (http://www.ccr.gov) prior to award and **shall** be notated on every invoice submitted to ICE to ensure prompt payment provisions are met. The ICE program office shall also be notated on every invoice.

Each invoice submitted shall contain the following information:
   a. the name and address of the facility;
   b. Invoice date and number;
   c. Agreement number, line item number and, if applicable, the Task order number;
   d. Terms of any discount for prompt payment offered;
   e. Name, title, and phone number of person to notify in event of defective invoice;
   f. Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this Agreement. (See paragraph 1 above.)
   g. the total number of residential/detainee days;
   h. the daily rate;
   i. the total residential/detainee days multiplied by the daily rate;
   j. the name of each ICE resident/detainee;
   k. resident's/detainee's A-number;
   l. specific dates of detention for each resident/detainee;
   m. an itemized listing of all other charges;
   n. For stationary guard services, the itemized monthly invoice shall state the number of hours being billed, the duration of the billing (times and dates) and the name of the resident(s)/detainee(s) that was guarded.

**Items a. through i. above must be on the cover page of the invoice. Invoices without the above information may be returned for resubmission.**

C. <u>Payment:</u>  ICE will transfer funds electronically through either an Automated Clearing House subject to the banking laws of the United States, or the Federal Reserve Wire Transfer System. The Prompt Payment Act applies to this Agreement. The Prompt Payment Act requires ICE to make payments under this Agreement the thirtieth (30th) calendar day after the Burlington Finance Office receives a complete invoice. Either the date on the Government's check, or the date it executes an electronic transfer of funds, shall constitute the payment date. The Prompt Payment Act requires ICE to pay interest on overdue payments to the

Service Provider. ICE will determine any interest due in accordance with the
Prompt Payment Act provided the Service Provider maintains an active
registration in Central Contractor Registration (CCR) and all information is
accurate

## Article XIV. Government Furnished Property

A. Federal Property Furnished to the Service Provider: ICE may furnish Federal
   Government property and equipment to the Service Provider. Accountable
   property remains titled to ICE and shall be returned to the custody of ICE upon
   termination of the Agreement. The suspension of use of bed space made available
   to ICE is agreed to be grounds for the recall and return of any or all government
   furnished property.

B. Service Provider Responsibility: The Service Provider shall not remove ICE
   property from the facility without the prior written approval of ICE. The Service
   Provider shall report any loss or destruction of any Federal Government property
   immediately to ICE.

## Article XV. Hold Harmless and Indemnification Provisions

A. Service Provider Held Harmless:  ICE shall, subject to the availability of funds,
   save and hold the Service Provider harmless and indemnify the Service Provider
   against any and all liability claims and costs of whatever kind and nature, for
   injury to or death of any person(s), or loss or damage to any property, which
   occurs in connection with or is incident to performance of work under the terms
   of this Agreement, and which results from negligent acts or omissions of ICE
   officers or employees, to the extent that ICE would be liable for such negligent
   acts or omissions under the Federal Tort Claims Act, 28 USC 2691 *et seq.*

B. Federal Government Held Harmless: The Service Provider shall save and hold
   harmless and indemnify federal government agencies to the extent allowed by law
   against any and all liability claims, and costs of whatsoever kind and nature for
   injury to or death of any person or persons and for loss or damage to any property
   occurring in connection with, or in any way incident to or arising out of the
   occupancy, use, service, operation or performance of work under the tenets of this
   Agreement, resulting from the negligent acts or omissions of the Service Provider,
   or any employee, or agent of the Service Provider. In so agreeing, the Service
   Provider does not waive any defenses, immunities or limits of liability available
   to it under state or federal law.

C. Defense of Suit:  In the event a detainee files suit against the Service Provider
   contesting the legality of the detainee's incarceration and/or
   immigration/citizenship status, ICE shall request that the U.S. Attorney's Office,
   as appropriate, move either to have the Service Provider dismissed from such suit,
   to have ICE substituted as the proper party defendant; or to have the case removed

to a court of proper jurisdiction. Regardless of the decision on any such motion,
ICE shall request that the U.S. Attorney's Office be responsible for the defense of
any suit on these grounds.

D. <u>ICE Recovery Right</u>: The Service Provider shall do nothing to prejudice ICE's
right to recover against third parties for any loss, destruction of, or damage to U.S.
Government property. Upon request of the Contracting Officer, the Service
Provider shall, at ICE's expense, furnish to ICE all reasonable assistance and
cooperation, including assistance in the prosecution of suit and execution of the
instruments of assignment in favor of ICE in obtaining recovery.

## Article XVI. Financial Records

A. <u>Retention of Records</u>: All financial records, supporting documents, statistical
records, and other records pertinent to contracts or subordinate agreements under
this Agreement shall be retained by the Service Provider for three (3) years for
purposes of federal examinations and audit. The three (3) year retention period
begins at the end of the first year of completion of service under the Agreement. If
any litigation, claim, negotiation, audit, or other action involving the records has
been started before the expiration of the three (3) year period, the records must be
retained until completion of the action and resolution of all issues which arise
from it or until the end of the regular three (3) year period, whichever is later.

B. <u>Access to Records</u>: ICE and the Comptroller General of the United States, or any
of their authorized representatives, shall have the right of access to any pertinent
books, documents, papers or other records of the Service Provider or its sub-
contractors, which are pertinent to the award, in order to make audits,
examinations, excerpts, and transcripts. The rights of access must not be limited
to the required retention period, but shall last as long as the records are retained.

C. <u>Delinquent Debt Collection</u>: ICE will hold the Service Provider accountable for
any overpayment, or any breach of this Agreement that results in a debt owed to
the Federal Government. ICE shall apply interest, penalties, and administrative
costs to a delinquent debt owed to the Federal Government by the Service
Provider pursuant to the Debt Collection Improvement Act of 1982, as amended.

## Article XVII. Escort/Stationary Guard and/or Transportation Services

A. <u>Transport/Escort/Stationary Services Rate</u>: The Service Provider agrees, upon
request of the Federal Government in whose custody an ICE detainee is held, to
provide all such air/ground transportation/escort/stationary services as may be
required to transport detainees securely, in a timely manner, to locations as
directed by the ICE COTR or designated ICE official. ICE directed transportation
will be reimbursed at the rate of $ ▮▮▮ per hour. Any incurred overtime pay for
such services will be reimbursed at the applicable overtime rate of $ ▮▮▮ per
hour. At least ▮▮▮ qualified law enforcement or correctional officer personnel

employed by the Service Provider under their policies, procedures and practices
will perform transport services.

Transportation shall be reimbursed at the mileage rate established pursuant to the
General Services Administration (GSA)/federal travel allowance rate established
in the Agreement. The mileage rate for this agreement is ▮▮▮▮ mile. Mileage
shall be denoted as a separate item on submitted invoices.

B. <u>Medical/Legal Transportation:</u>  Transportation and/or escort/stationary guard
services for ICE detainees housed at the Service Provider's facility to and from a
medical facility for outpatient care, and transportation and/or escort guard
services for ICE detainees housed at the Service Provider's facility admitted to a
medical facility; and for detainees attending off-site court proceedings. An officer
or officers, shall keep the detainee under constant supervision twenty-four (24)
hours per day until the detainee is ordered released from the hospital, or at the
order of the COTR. The Service Providers agrees to augment such practices as
may be requested by ICE to enhance specific requirements for security, detainee
monitoring, visitation and contraband control.

C. <u>Indemnities:</u>  Furthermore, the Service Provider agrees to hold harmless and
indemnify DHS/ICE and its officials in their official and individual capacities
from any liability, including third-party liability or worker's compensation,
arising from the conduct of the Service Provider and its employees during the
course of transporting ICE detainees.

D. <u>Personal Vehicles:</u>  The Service Provider shall not allow employees to use their
personal vehicles to transport detainees. The Service Provider shall furnish
vehicles equipped with interior security features including physical separation of
detainees from guards. The Service Provider shall provide interior security
specifications of the vehicles to ICE for review and approval prior to installation.

E. <u>Training and Compliance:</u>  The Service Provider shall comply with ICE
transportation standards (http://www.ice.gov/partners/dro/opsmanual/index.htm)
related to the number of hours the Provider's employee may operate a vehicle.
The transportation shall be accomplished in the most economical manner. The
Service Provider personnel provided for the above services shall be of the same
qualifications, receive training, complete the same security clearances, and wear
the same uniforms as those personnel provided for in other areas of this
agreement.

F. <u>Same Sex Transport:</u>  During all transportation activities, at least one (1) officer
shall be the same sex as the detainee. Questions concerning guard assignments
shall be directed to the COTR for final determination.

G. <u>Miscellaneous Transportation:</u>  The COTR may direct the Service Provider to
transport detainees to unspecified, miscellaneous locations.

H. <u>Billing Procedures:</u>  The itemized monthly invoice for such stationary guard
services shall state the number of hours being billed, the duration of the billing
(times and dates) and the name of the detainee(s) that was guarded.

## Article XVIII.  Contracting Officer's Technical Representative ("COTR")

A. The COTR shall be designated by the Contracting Officer.  When and if the
COTR duties are reassigned, an administrative modification will be issued to
reflect the changes. This designation does not include authority to sign contractual
documents or to otherwise commit to, or issue changes, which could affect the
price, quantity, or performance of this Agreement.

B. Should the Provider believe they have received direction that is not within scope
of the agreement; the Provider shall not proceed with any portion that is not
within the scope of the agreement without first contacting the Contracting Officer.
The Provider shall continue performance of efforts that are deemed within scope.

## Article XIX.  Labor Standards and Wage Determination

A. The Service Contract Act, 41 U.S.C. 351 et seq., Title 29, Part 4 Labor Standards
for Federal Service Contracts, is hereby incorporated—Attachment I. These
standards and provisions are included in every contract/IGSA entered into by the
United States or the District of Columbia, in excess of $2,500, or in an indefinite
amount, the principal purpose of which is to furnish services through the use of
service employees--See Attachment 1.

B. Wage Determination: Each service employee employed in the performance of this
contract/IGSA shall be paid not less than the minimum monetary wages and shall be
furnished fringe benefits in accordance with the wages and fringe benefits determined
by the Secretary of Labor or authorized representative, as specified in any wage
determination attached to this contract--See Attachment 2.

## Article XX.  Notification and Public Disclosures:

There shall be no public disclosures regarding this agreement made by the Provider
(or any subcontractors) without review and approval of such disclosure by ICE Public
Affairs and express permission granted by the ICE Contracting Officer.

## Article XXI. Incident Reporting:

The Service Provider shall notify the cognizant ICE office in accordance with the
applicable ICE National Detention Standard.

*************************************************************************
END OF DOCUMENT
*************************************************************************

**TITLE 29--LABOR**

**PART 4 LABOR STANDARDS FOR FEDERAL SERVICE CONTRACTS--Table of Contents**

Subpart A Service Contract Labor Standards Provisions and Procedures

Sec.  4.6 Labor standards clauses for Federal service contracts
exceeding $2,500.

The clauses set forth in the following paragraphs shall be included in
full by the contracting agency in every contract/Inter-Governmental
Service Agreement (IGSA) entered into by the United States or the
District of Columbia, in excess of $2,500, or in an indefinite amount,
the principal purpose of which is to furnish services through the use
of service employees:

(a) Service Contract Act of 1965, as amended: This contract/IGSA is
subject to the Service Contract Act of 1965 as amended (41 U.S.C. 351
et seq.) and is subject to the following provisions and to all other
applicable provisions of the Act and regulations of the Secretary of
Labor issued there under (29 CFR part 4).

(b)(1) Each service employee employed in the performance of this
Contract/IGSA by the contractor or any subcontractor shall be paid not
less than the minimum monetary wages and shall be furnished fringe
benefits in accordance with the wages and fringe benefits determined by
the Secretary of Labor or authorized representative, as specified in
any wage determination attached to this contract.

(2)(i) If there is such a wage determination attached to this
Contract/IGSA, the contracting officer shall require that any class of
service employee which is not listed therein and which is to be
employed under the Contract/IGSA (i.e., the work to be performed is not
performed by any classification listed in the wage determination), be
classified by the contractor so as to provide a reasonable relationship
(i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage
determination. Such conformed class of employees shall be paid the
monetary wages and furnished the fringe benefits as are determined
pursuant to the procedures in this section.

(ii)Such conforming procedure shall be initiated by the contractor
prior to the performance of contract/IGSA work by such unlisted class
of employee. A written report of the proposed conforming action,
including information regarding the agreement or disagreement of the
authorized representative of the employees involved or, where there is
no authorized representative, the employees themselves, shall be
submitted by the contractor to the contracting officer no later than 30
days after such unlisted class of employees performs any Contract/IGSA
work. The contracting officer shall review the proposed action and
promptly submit a report of the action, together with the agency's
recommendation and all pertinent information including the position of
the contractor and the employees, to the Wage and Hour Division,
Employment Standards Administration, U.S. Department of Labor, for
review. The Wage and Hour Division will approve, modify, or disapprove
the action or render a final determination in the event of disagreement

within 30 days of receipt or will notify the contracting officer within
30 days of receipt that additional time is necessary.

(iii) The final determination of the conformance action by the Wage and
Hour Division shall be transmitted to the contracting officer who shall
promptly notify the contractor of the action taken. Each affected
employee shall be furnished by the contractor with a written copy of
such determination or it shall be posted as a part of the wage
determination.

(iv)(A) The process of establishing wage and fringe benefit rates that
bears a reasonable relationship to those listed in a wage determination
cannot be [[Page 41]] reduced to any single formula. The approach used
may vary from wage determination to wage determination depending on the
circumstances. Standard wage and salary administration practices, which
rank various job classifications by pay grade pursuant to point schemes
or other job factors may, for example, be relied upon. Guidance may
also be obtained from the way different jobs are rated under Federal
pay systems (Federal Wage Board Pay System and the General Schedule) or
from other wage determinations issued in the same locality. Basic to
the establishment of any conformable wage rate(s) is the concept that a
pay relationship should be maintained between job classifications based
on the skill required and the duties performed.

(B) In the case of a Contract/IGSA modification, an exercise of an
option or extension of an existing contract, or in any other case where
a contractor succeeds a Contract/IGSA under which the classification in
question was previously conformed pursuant to this section, a new
conformed wage rate and fringe benefits may be assigned to such
conformed classification by indexing (i.e., adjusting) the previous
conformed rate and fringe benefits by an amount equal to the average
(mean) percentage increase (or decrease, where appropriate) between the
wages and fringe benefits specified for all classifications to be used
on the Contract/IGSA which are listed in the current wage
determination, and those specified for the corresponding
classifications in the previously applicable wage determination. Where
conforming actions are accomplished in accordance with this paragraph
prior to the performance of Contract/IGSA work by the unlisted class of
employees, the contractor shall advise the contracting officer of the
action taken but the other procedures in paragraph (b) (2) (ii) of this
section need not be followed.

(C) No employee engaged in performing work on this Contract/IGSA shall
in any event be paid less than the currently applicable minimum wage
specified under section 6(a) (1) of the Fair Labor Standards Act of
1938, as amended. (v) The wage rate and fringe benefits finally
determined pursuant to paragraphs (b)(2)(i) and (ii) of this section
shall be paid to all employees performing in the classification from
the first day on which Contract/IGSA work is performed by them in the
classification. Failure to pay such unlisted employees the compensation
agreed upon by the interested parties and/or finally determined by the
Wage and Hour Division retroactive to the date such class of employees
commenced Contract/IGSA work shall be a violation of the Act and this
contract.(vi) Upon discovery of failure to comply with paragraphs
(b)(2)(i) through (v) of this section, the Wage and Hour Division shall
make a final determination of conformed classification, wage rate,

and/or fringe benefits which shall be retroactive to the date such
class of employees commenced Contract/IGSA work.

(3) If, as authorized pursuant to section 4(d) of the Service Contract
Act of 1965 as amended, the term of this Contract/IGSA is more than 1
year, the minimum monetary wages and fringe benefits required to be
paid or furnished there under to service employees shall be subject to
adjustment after 1 year and not less often than once every 2 years,
pursuant to wage determinations to be issued by the Wage and Hour
Division, Employment Standards Administration of the Department of
Labor as provided in such Act.

(c) The contractor or subcontractor may discharge the obligation to
furnish fringe benefits specified in the attachment or determined
conformably thereto by furnishing any equivalent combinations of bona
fide fringe benefits, or by making equivalent or differential payments
in cash in accordance with the applicable rules set forth in subpart D
of 29 CFR part 4, and not otherwise.

(d)(1) In the absence of a minimum wage attachment for this contract,
neither the contractor nor any subcontractor under this Contract/IGSA
shall pay any person performing work under the Contract/IGSA
(regardless of whether they are service employees) less than the
minimum wage specified by section 6(a)(1) of the Fair Labor Standards
Act of 1938. Nothing in this provision shall relieve the contractor or
any subcontractor of any other obligation under [[Page 42]] law or
Contract/IGSA for the payment of a higher wage to any employee.

(2) If this Contract/IGSA succeeds a contract, subject to the Service
Contract Act of 1965 as amended, under which substantially the same
services were furnished in the same locality and service employees were
paid wages and fringe benefits provided for in a collective bargaining
agreement, in the absence of the minimum wage attachment for this
Contract/IGSA setting forth such collectively bargained wage rates and
fringe benefits, neither the contractor nor any subcontractor under
this Contract/IGSA shall pay any service employee performing any of the
Contract/IGSA work (regardless of whether or not such employee was
employed under the predecessor contract), less than the wages and
fringe benefits provided for in such collective bargaining agreements,
to which such employee would have been entitled if employed under the
predecessor contract, including accrued wages and fringe benefits and
any prospective increases in wages and fringe benefits provided for
under such agreement. No contractor or subcontractor under this
Contract/IGSA may be relieved of the foregoing obligation unless the
limitations of Sec. 4.1b(b) of 29 CFR part 4 apply or unless the
Secretary of Labor or his authorized representative finds, after a
hearing as provided in Sec. 4.10 of 29 CFR part 4 that the wages and/or
fringe benefits provided for in such agreement are substantially at
variance with those which prevail for services of a character similar
in the locality, or determines, as provided in Sec. 4.11 of 29 CFR
part 4, that the collective bargaining agreement applicable to service
employees employed under the predecessor Contract/IGSA was not entered
into as a result of arm's-length negotiations. Where it is found in
accordance with the review procedures provided in 29 CFR 4.10 and/or
4.11 and parts 6 and 8 that some or all of the wages and/or fringe
benefits contained in a predecessor contractor's collective bargaining
agreement are substantially at variance with those which prevail for

services of a character similar in the locality, and/or that the collective bargaining agreement applicable to service employees employed under the predecessor Contract/IGSA was not entered into as a result of arm's-length negotiations, the Department will issue a new or revised wage determination setting forth the applicable wage rates and fringe benefits. Such determination shall be made part of the Contract/IGSA or subcontract, in accordance with the decision of the Administrator, the Administrative Law Judge, or the Administrative Review Board, as the case may be, irrespective of whether such issuance occurs prior to or after the award of a Contract/IGSA or subcontract. 53 Comp. Gen. 401 (1973). In the case of a wage determination issued solely as a result of a finding of substantial variance, such determination shall be effective as of the date of the final administrative decision.

(e) The contractor and any subcontractor under this Contract/IGSA shall notify each service employee commencing work on this Contract/IGSA of the minimum monetary wage and any fringe benefits required to be paid pursuant to this contract, or shall post the wage determination attached to this contract. The poster provided by the Department of Labor (Publication WH 1313) shall be posted in a prominent and accessible place at the worksite. Failure to comply with this requirement is a violation of section 2(a) (4) of the Act and of this contract.

(f) The contractor or subcontractor shall not permit any part of the services called for by this Contract/IGSA to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the contractor or subcontractor which are unsanitary or hazardous or dangerous to the health or safety of service employees engaged to furnish these services, and the contractor or subcontractor shall comply with the safety and health standards applied under 29 CFR part 1925.

(g)(1) The contractor and each subcontractor performing work subject to the Act shall make and maintain for 3 years from the completion of the work records containing the information specified in paragraphs (g)(1) (i) through (vi) of this section for each employee subject to the Act and shall make them available for inspection [[Page 43]] and transcription by authorized representatives of the Wage and Hour Division, Employment Standards Administration of the U.S. Department of Labor:

(i) Name and address and social security number of each employee.

(ii)The correct work classification or classifications, rate or rates of monetary wages paid and fringe benefits provided, rate or rates of fringe benefit payments in lieu thereof, and total daily and weekly compensation of each employee.

(iii) The number of daily and weekly hours so worked by each employee.

(iv) Any deductions, rebates, or refunds from the total daily or weekly compensation of each employee.

(v) A list of monetary wages and fringe benefits for those classes of service employees not included in the wage

determination attached to this Contract/IGSA but for which such wage
rates or fringe benefits have been determined by the interested parties
or by the Administrator or authorized representative pursuant to the
labor standards clause in paragraph (b) of this section. A copy of the
report required by the clause in Paragraph (b) (2) (ii) of this section
shall be deemed to be such a list.

(vi) Any list of the predecessor contractor's employees which had been
furnished to the contractor pursuant to Sec. 4.6(1)(2).

(2) The contractor shall also make available a copy of this
Contract/IGSA for inspection or transcription by authorized
representatives of the Wage and Hour Division.

(3) Failure to make and maintain or to make available such records for
inspection and transcription shall be a violation of the regulations
and this contract, and in the case of failure to produce such records,
the contracting officer, upon direction of the Department of Labor and
notification of the contractor, shall take action to cause suspension
of any further payment or advance of funds until such violation ceases.

(4) The contractor shall permit authorized representatives of the Wage
and Hour Division to conduct interviews with employees at the worksite
during normal working hours.

(h) The contractor shall unconditionally pay to each employee subject
to the Act all wages due free and clear and without subsequent
deduction (except as otherwise provided by law or Regulations, 29 CFR
part 4), rebate, or kickback on any account. Such payments shall be
made no later than one pay period following the end of the regular
pay period in which such wages were earned or accrued. A pay period
under this Act may not be of any duration longer than semi-monthly.

(i) The contracting officer shall withhold or cause to be withheld from
the Government prime contractor under this or any other Government
Contract/IGSA with the prime contractor such sums as an appropriate
official of the Department of Labor requests or such sums as the
contracting officer decides may be necessary to pay underpaid employees
employed by the contractor or subcontractor. In the event of failure to
pay any employees subject to the Act all or part of the wages or fringe
benefits due under the Act, the agency may, after authorization or by
direction of the Department of Labor and written notification to the
contractor, take action to cause suspension of any further payment or
advance of funds until such violations have ceased. Additionally, any
failure to comply with the requirements of these clauses relating to
the Service Contract Act of 1965, may be grounds for termination of the
right to proceed with the Contract/IGSA work. In such event, the
Government may enter into other contracts or arrangements for
completion of the work, charging the contractor in default with any
additional cost.

(j) The contractor agrees to insert these clauses in this section
relating to the Service Contract Act of 1965 in all Subcontracts
subject to the Act. The term contractor as used in these clauses in any
subcontract shall be deemed to refer to the subcontractor, except in
the term Government prime contractor.

(k)(1) As used in these clauses, the term service employee means any person engaged in the performance of this Contract/IGSA other than any person employed in a bona fide executive, administrative, or professional capacity, as those terms are defined in part 541 of title 29, Code of Federal Regulations, as of July [[Page44)) 30, 1976, and any subsequent revision of those regulations. The term service employee includes all such persons regardless of any contractual relationship that may be alleged to exist between a contractor or subcontractor and such persons.

(2) The following statement is included in contracts pursuant to section 2(a) (5) of the Act and is for informational purposes only:

The following classes of service employees expected to be employed under the Contract/IGSA with the Government would be subject, if employed by the contracting agency, to the provisions of 5 U.S.C. 5341 or 5 U.S.C. 5332 and would, if so employed, be paid not less than the following rates of wages and fringe benefits:

| Employee class | wage-fringe benefit |
| --- | --- |
| GS-05 | $14.24 |
| GS-07 | $17.64 |

Search current rates at http://www.opm.gov/oca/08tables/

(l)(1)  If wages to be paid or fringe benefits to be furnished any service employees employed by the Government prime contractor or any subcontractor under the Contract/IGSA are provided for in a collective bargaining agreement which is or will be effective during any period in which the Contract/IGSA is being performed, the Government prime contractor shall report such fact to the contracting officer, together with full information as to the application and accrual of such wages and fringe benefits, including any prospective increases, to service employees engaged in work on the contract, and a copy of the collective bargaining agreement. Such report shall be made upon commencing performance of the contract, in the case of collective bargaining agreements effective at such time, and in the case of such agreements or provisions or amendments thereof effective at a later time during the period of Contract/IGSA performance, such agreements shall be reported promptly after negotiation thereof.

(2) Not less than 10 days prior to completion of any Contract/IGSA being performed at a Federal facility where service employees may be retained in the performance of the succeeding Contract/IGSA and subject to a wage determination which contains vacation or other benefit provisions based upon length of service with a contractor (predecessor) or successor (Sec. 4.173 of Regulations, 29 CFR part 4), the incumbent prime contractor shall furnish to the contracting officer a certified list of the names of all service employees on the contractor's or subcontractor's payroll during the last month of Contract/IGSA performance. Such list shall also contain anniversary dates of employment on the Contract/IGSA either with the current or predecessor contractors of each such service employee. The contracting officer

shall turn over such list to the successor contractor at the
commencement of the succeeding contract.

(m) Rulings and interpretations of the Service Contract Act of 1965, as
amended, are contained in Regulations, 29 CFR part 4.

(n)(1) By entering into this contract, the contractor (and officials
thereof) certifies that neither it (nor he or she) nor any person or
firm who has a substantial interest in the contractor's firm is a
person or firm ineligible to be awarded Government contracts by virtue
of the sanctions imposed pursuant to section 5 of the Act.

(2) No part of this Contract/IGSA shall be subcontracted to any person
or firm ineligible for award of a Government Contract/IGSA pursuant to
section 5 of the Act.

(3) The penalty for making false statements is prescribed in the U.S.
Criminal Code, 18 U.S.C. 1001.

(o) Notwithstanding any of the clauses in paragraphs (b) through (m) of
this section relating to the Service Contract Act of 1965, the
following employees may be employed in accordance with the following
variations, tolerances, and exemptions, which the Secretary of Labor,
pursuant to section 4(b) of the Act prior to its amendment by Public
Law 92-473, found to be necessary and proper in the public interest or
to avoid serious impairment of the conduct of Government business:

(1)Apprentices, student-learners, and workers whose earning capacity is
impaired by age, physical, or mental deficiency or injury may be
employed at wages lower than the minimum wages otherwise required by
section 2(a) (1) or([Page 45]]

(2)(b)(1) of the Service Contract Act without diminishing any fringe
benefits or cash payments in lieu thereof required under section 2(a)
(2) of that Act, in accordance with the conditions and procedures
prescribed for the employment of apprentices, student-learners,
handicapped persons, and handicapped clients of sheltered workshops
under section 14 of the Fair Labor Standards Act of 1938, in the
regulations issued by the Administrator (29 CFR parts 520, 521, 524,
and 525).

(3) The Administrator will issue certificates under the Service
Contract Act for the employment of apprentices, student-learners,
handicapped persons, or handicapped clients of sheltered workshops not
subject to the Fair Labor Standards Act of 1938, or subject to
different minimum rates of pay under the two acts, authorizing
appropriate rates of minimum wages (but without changing requirements
concerning fringe benefits or supplementary cash payments in lieu
thereof), applying procedures prescribed by the applicable regulations
issued under the Fair Labor Standards Act of 1938 (29 CFR parts 520,
521, 524, and 525).

(4) The Administrator will also withdraw, annul, or cancel such
certificates in accordance with the regulations in parts 525 and 528 of
title 29 of the Code of Federal Regulations.

(p) Apprentices will be permitted to work at less than the predetermined rate for the work they perform when they are employed and individually registered in a bona fide apprenticeship program registered with a State Apprenticeship Agency which is recognized by the U.S. Department of Labor, or if no such recognized agency exists in a State, under a program registered with the Bureau of Apprenticeship and Training, Employment and Training Administration, U.S. Department of Labor. Any employee who is not registered as an apprentice in an approved program shall be paid the wage rate and fringe benefits contained in the applicable wage determination for the journeyman classification of work actually performed. The wage rates paid apprentices shall not be less than the wage rate for their level of progress set forth in the registered program, expressed as the appropriate percentage of the journeyman's rate contained in the applicable wage determination. The allowable ratio of apprentices to journeymen employed on the Contract/IGSA work in any craft classification shall not be greater than the ratio permitted to the contractor as to his entire work force under the registered program.

(q) Where an employee engaged in an occupation in which he or she customarily and regularly receives more than $30 a month in tips, the amount of tips received by the employee may be credited by the employer against the minimum wage required by Section 2(a)(1) or 2(b)(1) of the Act to the extent permitted by section 3(m) of the Fair Labor Standards Act and Regulations, 29 CFR Part 531. To utilize this provison:

(1) The employer must inform tipped employees about this tip credit allowance before the credit is utilized;

(2) The employees must be allowed to retain all tips (individually or through a pooling arrangement and regardless of whether the employer elects to take a credit for tips received);

(3) The employer must be able to show by records that the employee receives at least the applicable Service Contract Act minimum wage through the combination of direct wages and tip credit;

(4) The use of such tip credit must have been permitted under any predecessor collective bargaining agreement applicable by virtue of section 4(c) of the Act.

(r) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this Contract/IGSA shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 4, 6, and 8. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives. (The information collection, recordkeeping, and reporting requirements contained in this section have been approved by the Office of Management and Budget under the following numbers:
[[Page 46]]

| - Paragraph | OMB control number |
| --- | --- |
| (b)(2) (i)--(iv).................................... | 1215-0150 |

```
(e)...............................................  1215-0150
(g)(1) (i)--(iv)..................................  1215-0017
(g)(1) (v), (vi)..................................  1215-0150
(l) (1), (2)......................................  1215-0150
(q)(3)............................................  1215-0017
--------------------------------------------------------------
```

[48 FR 49762, Oct. 27, 1983; 48 FR 50529, Nov. 2, 1983, as amended at
61 FR 68663, Dec. 30, 1996]

| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON, D.C. 20210 |
|---|---|
| | Wage Determination No.: 2009-0116<br>Revision No.: 1<br>Date of Last Revision: 07/10/2009 |
| Shirley F. Ebbesen    Division of Wage<br>Director            Determinations | |

State: Florida

Area: Florida County of Baker

Employed on U.S. Department of Homeland Security contract agreement (IGA) for prisoner detention services between

United States Immigration and Customs Enforcement, Prisoner Operations Division and Baker County Jail in FL.

The wage rates and fringe benefits paid by above company are hereby adopted as prevailing.

NOTE: Under Section 2(b)(1) of the Service Contract Act no employees shall be paid less than the minimum wage specified by Section 6(a)(1) of the Fair Labor Standards Act; $6.55 per hour, effective July 24, 2008.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 1 |
| 2. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. *(If applicable)* | |
| P00001 | | See Block 16C | | | | |
| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | ICE/DM/DC-DC | |

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ███
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ███
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
167 BAKER PLACE
PO BOX 441
NEWTON GA 398700441

9B. DATED *(SEE ITEM 11)*

| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | DROIGSA-09-0038 |

10B. DATED *(SEE ITEM 13)*

| CODE | 0263162730000 | FACILITY CODE | | 07/28/2009 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER *(Specify type of modification and authority)* | |

E. IMPORTANT:    Contractor    ☒ is not.    ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
DUNS Number:   026316273

Program Office POC: ████████    (305) 207-█
Contracting Officer POC: ████████    202) 732-█
Contract Specialist POC: ████████, (202) 732-█

Please see attached.
Exempt Action: Y
Period of Performance: 08/03/2009 to 08/02/2014
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | | 16C. DATE SIGNED |
| | | | 10/31/12 |
| *(Signature of person authorized to sign)* | | | |

NSN 7540-01-152-8070
Previous edition unusable

FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. PXXXXX | 3. EFFECTIVE DATE See Block 16 | 4. REQUISITION/PURCHASE REQ. NO | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (IF OTHER THAN ITEM 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

ICE Detention Management Contracts
Immigrations and Customs Enforcement/ Office of Acquisition Management
801 I Street NW, Suite ▨▨▨
Washington, DC 20536

ICE Detention Management Contracts
Immigrations and Customs Enforcement/ Office of Acquisition Management
801 I Street NW, Suite ▨▨▨
Washington, DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and Zip Code) | ☐ | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY SHERIFF DEPARTMENT
1 Sheriffs Office Drive
Macclenny, FL 32063-8833

9B. DATED (SEE ITEM 11)

☒ 10A. MODIFICATION OF CONTRACT/ORDER NO.
DROIGSA-09-0038

| CODE: 6275735610000 | FACILITY CODE: | 10B. DATED (SEE ITEM 11)  09/07/2012 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered, solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If Required) |
|---|
| See Schedule |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO., AS DESCRIBED IN ITEM 14**

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
Mutual Agreement of the Parties

E. IMPORTANT: Contractor ☐ is NOT ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.

The purpose of this modification is to incorporate ICE 2011 Performance Based Detention Standard 2.11 - Sexual Abuse and Assault Prevention and Intervention.

Should there be a conflict with between this standard and any other term and condition of the agreement identified in Block 10A on this modification, you are to contact the Contracting Officer for clarification.

All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER | 16A. NAME AND TITLE OF CONTRACTING OFFICER |
|---|---|
| Joey B. Dobson, Sheriff | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. ... | DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 10/18/2012 | ███████ | /31/12 |

| NSN 7540-01-152-8070 Previous Edition Unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(if applicable)* |
|---|---|---|---|
| P00002 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY *(if other than Item 6)* | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

| 6. ISSUED BY | 7. ADMINISTERED BY |
|---|---|
| ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite ▮<br>Washington DC 20536 | ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite ▮<br>Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>167 BAKER PLACE<br>PO BOX 441<br>NEWTON GA 398700441 | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED *(SEE ITEM 13)*<br>07/28/2009 |

| CODE | 0263162730000 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT:    Contractor    ☒ is not.    ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DUNS Number:   026316273
Program Office POC▮            05) 207-▮
Contracting Officer POC:       (202) 732-▮
Contract Specialist POC:       (202) 732▮

The purpose of this modification is to change the language in the IGSA under Page 16 on the Second Paragraph as follows:

From:

Transportation shall be reimbursed at the mileage rate established pursuant to the General Services Administration (GSA)/federal travel allowance rate established in the Agreement.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SI | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED<br>02/06/1? |
| *(Signature of person authorized to sign)* | | | |

NSN 7540-01-152-8070
Previous edition unusable

ORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE | OF |
|---|---|---|---|---|---|
| | DROIGSA-09-0038/P00002 | | | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The mileage rate for this agreement is ▓▓▓▓ mile. Mileage shall be denoted as a separate item on submitted invoices.<br><br>To:<br>Transportation shall be reimbursed at the mileage rate established pursuant to the General Services Administration (GSA)/federal travel allowance rate established in the Agreement.<br>Exempt Action: Y<br>Period of Performance: 08/03/2009 to 08/02/2014<br>All other terms and conditions remain the same. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1     1 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| P00003 | See Block 16C | | | |
| 6. ISSUED BY     CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6)    CODE | | ICE/DM/DC-DC |

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ▌
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ▌
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (×) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>167 BAKER PLACE<br>PO BOX 441<br>NEWTON GA 398700441 | | 9B. DATED (SEE ITEM 11) |
| | × | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    0263162730000     FACILITY CODE | | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended.   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☒ is not.   ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:    026316273

Program Office/Contracting Officer's Representative (COR): ▌    305-207-▌
▌@ice.dhs.gov
Contracting Officer: ▌   202-732-▌

The purpose of this modification is to add the COR into the Inter-Governmental Service
Agreement (IGSA).

Exempt Action: Y

Period of Performance: 08/03/2009 to 08/02/2014

All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _(Signature of person authorized to sign)_ | | | 09/17/13 |

NSN 7540-01-152-8070
Previous edition unusable

       FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | | PAGE | OF PAGES |
|---|---|---|---|---|---|---|
| | | | | | 1 | 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ▮▮▮
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite9 ▮▮▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | DROIGSA-09-0038 |

| CODE | 6275735610000 | FACILITY CODE | | 10B. DATED (SEE ITEM 13) |
|---|---|---|---|---|
| | | | | 07/28/2009 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (if required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☒ is not. ☐ is required to sign this document and return ___0___ copies to the issuing office.

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 627573561
Program Office/Contracting Officer's Representative (COR): ▮▮▮▮▮ 305-207-
▮▮▮▮▮▮ ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮ ▮02-732-▮▮▮

In many contracts it is difficult to find in a single location all unit prices. The purpose of this modification is to correct for that and to incorporate new invoice instructions.

Incorporate the following under Article I. Purpose
IGSA Prices:
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ▮▮▮▮▮▮ |

| 15B. CONTRACTOR/OFFEROR | 15C. | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _____ (Signature of person authorized to sign) | | ▮▮▮▮▮▮ | 06/09/13 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Article I: Bed Rate:<br>Article XVII: Transport Rate:<br>Article XVII: Transport Rate-Overtime:<br>Article XVII: Mileage Rate:  Pursuant to current GSA federal travel allowance rates<br><br>Replace Article XIII, Enrollment, Invoicing and Payment, paragraph B - Invoicing, with the following:<br><br>Invoicing Instructions:<br><br>Service Providers/Contractors shall use these procedures when submitting an invoice.<br><br>1. Invoice Submission:  Invoices shall be submitted in a .pdf format on a monthly basis via email   to:<br><br>ice.dhs.gov<br><br>Each email shall contain only one (1) invoice and the subject line of the email will annotate the invoice number.  The emailed invoice shall include the "bill to" address shown below:<br><br>DHS, ICE<br>Financial Operations - Burlington<br>P.O. Box 1620<br>ATTN: ERO-KRO<br>Williston, VT  05495-1620<br><br>Note: the Service Provider's or Contractor's Dunn and Bradstreet (D&B) DUNS Number must be registered in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.<br><br>2. Content of Invoices:  Each invoice submission shall contain the following information:<br><br>(i) Name and address of the Service Provider/Contractor.  Note: the name, address and DUNS number on the invoice MUST match the information in both the Contract/Agreement and Continued ... | | | | |

CONTINUATION SHEET  REFERENCE NO. OF DOCUMENT BEING CONTINUED
Case 3:22-cv-01044-TJC-LLL   Document 5-1   Filed 09/26/22   Page 36 of 94 PageID
DROIGSA-09-0038/P00004                                                      128

PAGE    OF

3       5

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | the information in the SAM.  If payment is remitted to another entity, the name, address and DUNS information of that entity must also be provided which will require Government verification before payment can be processed;<br>(ii) Dunn and Bradstreet (D&B) DUNS Number;<br>(iii) Invoice date and invoice number;<br>(iv) Agreement/Contract number, contract line item number and, if applicable, the order number;<br>(v) Description, quantity, unit of measure, unit price and extended price of the items delivered;<br>(vi) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;<br>(vii) Terms of any discount for prompt payment offered;<br>(viii) Remit to Address;<br>(ix) Name, title, and phone number of person to notify in event of defective invoice; and<br><br>3. Invoice Supporting Documentation.  In order to ensure payment, the vendor must also submit supporting documentation to the Contracting Officer's Representative (COR) identified in the contract as described below.  Supporting documentation shall be submitted to the COR or contract Point of Contact (POC) identified in the contract or task order with all invoices, as appropriate.  See paragraph 4 for details regarding the safeguarding of information. Invoices without documentation to support invoiced items, containing charges for items outside the scope of the contract, or not based on the most recent contract base or modification rates will be considered improper and returned for resubmission.  Supporting documentation requirements include:<br><br>(i). Firm Fixed Price Items (items not subject to any adjustment on the basis of the contractor's cost experience, such as pre-established monthly guaranteed minimums for detention or transportation): do not require detailed supporting documentation unless specifically requested by the Government.<br><br>(ii). Fixed Unit Price Items (items for allowable incurred costs, such as detention and/or transportation services with no defined minimum quantities, stationary guard or escort services, Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | transportation mileage or other Minor Charges such as sack lunches and detainee wages): shall be fully supported with documentation substantiating the costs and/or reflecting the established price in the contract and submitted in .pdf format. | | | | |

(iii). Detention Services (other than firm fixed price):
(1) Bed day rate;
(2) Resident's/detainee's check-in and check-out dates;
(3) Number of bed days multiplied by the bed day rate;
(4) Name of each detainee;
(5) Resident's/detainee's identification information

(iv). Transportation Services (other than firm fixed price):
(1) The mileage rate being applied for that invoice.
(2) Monthly billing reports listing transportation services provided; number of miles; transportation routes provided; locations serviced and/or names/numbers of detainees transported; an itemized listing of all other charges; and, for reimbursable expenses (e.g. travel expenses, special meals, etc.) copies of all receipts.

(v). Stationary Guard Services (other than firm fixed price):
(1) The itemized monthly invoice shall state the number of hours being billed, the duration of the billing (times and dates) and the name of the resident(s)/detainee(s) that was/were guarded.

(vi). Other Direct Charges:
The invoice shall include appropriate supporting documentation for any direct charge billed for reimbursement.

4. Safeguarding Information:    As a contractor or vendor conducting business with Immigration and Customs Enforcement (ICE), you are required to comply with DHS Policy regarding the safeguarding of Sensitive Personally Identifiable Information (PII).  Sensitive PII is information that identifies an individual, including an alien, and
Continued ...

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | could result in harm, embarrassment, inconvenience or unfairness. Examples of Sensitive PII include information such as: Social Security Numbers, Alien Registration Numbers (A-Numbers), or combinations of information such as the individual¿s name or other unique identifier and full date of birth, citizenship, or immigration status. | | | | |
| | As part of your obligation to safeguard information, the follow precautions are required: -Email supporting documents containing Sensitive PII in an encrypted attachment with password sent separately. -Never leave paper documents containing Sensitive PII unattended and unsecure.  When not in use, these documents will be locked in drawers, cabinets, desks, etc. so the information is not accessible to those without a need to know. -Use shredders when discarding paper documents containing Sensitive PII. -Refer to the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information (March 2012) found at http://www.dhs.gov/xlibrary/assets/privacy/dhs-privacy-safeguardingsensitivepiihandbook-march2012.pdf for more information on and/or examples of Sensitive PII. | | | | |
| | 5. If you have questions regarding payment, please contact ICE Financial Operations at ▓▓▓▓▓▓ or by e-mail at ▓▓▓▓▓▓ice.dhs.gov Exempt Action: Y Period of Performance: 08/03/2009 to 08/02/2014 | | | | |
| | Add Item 0001 as follows: | | | | |
| 0001 | Detention Bed Day Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | ████ | | ████ | ████ |
| | Add Item 0002 as follows: | | | | |
| 0002 | Transportation Services Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD All other terms and conditions remain the same. | ████ | | ████ | ████ |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 1 |
| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY                 CODE   ICE/DM/DC-DC | | 7. ADMINISTERED BY (If other than Item 6)       CODE   ICE/DM/DC-DC | | | |

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite █
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite █
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF 1 SHERIFFS OFFICE DR MACCLENNY FL 320638833 | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE   6275735610000 | FACILITY CODE | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | FAR 43.103(a) |

E. IMPORTANT:   Contractor   ☐ is not,   ☒ is required to sign this document and return   1   copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**
DUNS Number:   627573561
Program Office/Contracting Officer's Representative (COR) █                        305-207-█
█ice.dhs.gov
Contracting Officer: █              202-732-█
Contract Specialist: █             202-732-█

The purpose of this modification is to extend the period of performance of the agreement through February 3, 2015 at currently agreed upon rates.
Exempt Action: Y
Period of Performance: 08/03/2009 to 02/03/2015
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item _____ _____ full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| █ ─ Sheriff | | | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED  6/16/2 | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED  6 19 14(?) |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. *(If applicable)* | |
| P00006 | See Block 16C | | | | |
| 6. ISSUED BY            CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY *(If other than Item 6)*    CODE | | ICE/DM/DC-DC | |

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ▮
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | 9B. DATED *(SEE ITEM 11)* |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED *(SEE ITEM 13)*<br>07/28/2009 |
| CODE  6275735610000    FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER *(Specify type of modification and authority)*<br>FAR 43.103(b) | |

E. IMPORTANT:    Contractor ☒ is not, ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DUNS Number:  627573561
Program Office/Contracting Officer's Representative (COR): ▮▮▮▮ 305-207-▮.
▮▮▮ ice.dhs.gov
Contracting Officer: ▮▮▮  202-732-▮
Contract Specialist: ▮▮▮  202-732-▮

The purpose of this modification is to clarify the Vendor. The Vendor cited in the Base and
modifications 1, 2, and 3 was incorrectly listed as Baker County, DUNS 026316273.
However, the correct Vendor is Baker County, Florida, with DUNS 627573561.
Exempt Action: Y
Period of Performance: 08/03/2009 to 02/03/2015
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or ▮▮▮ ged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | ▮▮▮ TING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | ▮▮▮ Officer) | 6/24/14 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00006 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | All other terms and conditions remain the same. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO | | 5. PROJECT NO. (if applicable) | |
| P00007 | See Block 16C | | | | |
| 6. ISSUED BY                          CODE | ICE/DCR | 7. ADMINISTERED BY (if other than Item 6)          CODE | | ICE/DCR | |

| 6. ISSUED BY | 7. ADMINISTERED BY (if other than Item 6) |
|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW Suite ▮<br>WASHINGTON DC 20536 | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▮<br>Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO<br>DROIGSA-09-0038 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    6275735610000          FACILITY CODE | | 07/28/2009 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | FAR 43.103(b) |

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return ____ 0 ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:   627573561
Program Office/Contracting Officer's Representative (COR) ▮                 305-207-▮
▮ice.dhs.gov
Contracting Officer: ▮                  202-732-▮
Contract Specialist ▮                   202-732-▮

The purpose of this administrative modification is to incoporate Department of Labor Wage
Determination (CSWD) No. 2005-2115 Revision No. 14, dated July 25,2014 (a copy of which is
attached). The identified wages are in effect as of July 25, 2014.

The Service Provider must notify the Contracting Officer in writing within thirty (30) days
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or ▮ ... effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | ... print) | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | | | 16C. DATE SIGNED |
| | | | | 9 16 14 |
| (Signature of person authorized to sign) | | | | |

NSN 7540-01-152-8070
Previous edition unusable

▮ORM 30 (REV 10-83)
GSA
53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00007 | | | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | after receipt of this modification of any increase claimed under the Fail Labor Standards Act and Service Contract Act. | | | | |

The following payroll data must be submitted to support any claim for a price adjustment:

1. Employee Name and CSWD Job Classification  Title/Number

2. Actual hours paid and/or worked

3. Actual hourly wages and wage rates used in previous performance period

4. Actual H&W wages and rates used in previous performance period

5. How was H&W paid? (i.e. cash to employees or paid to third party)

6. Applicable workers compensation rate (if H&W was paid in cash to employees)

7. Applicable tax rates and taxable caps (Federal Unemployment Tax Allowance (FUTA) and State Unemployment Tax Allowance (SUTA) (if applicable).

SUGGESTED FORMAT:  Price Adjustment Calculation Tool (PACT)

The PACT is a format service providers may use to present data need to support written claims for price adjustments under the Service Contract Act.  The PACT may be obtained online at www.wdol.gov.
Exempt Action: Y
Period of Performance: 08/03/2009 to 02/03/2015
All other terms and conditions remain the same.

WD 05-2115 (Rev.-14) was first posted on www.wdol.gov on 08/05/2014
*******************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT        |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                         |        WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2005-2115
Diane C. Koplewski        Division of    |        Revision No.: 14
Director            Wage Determinations| Date Of Revision: 07/25/2014
                                         |
_____

States: Florida, Georgia

Area: Florida Counties of Baker, Clay, Columbia, Duval, Hamilton, Lafayette,
Madison, Nassau, Putnam, Saint Johns, Suwannee, Taylor
Georgia Counties of Brantley, Camden, Charlton, Glynn, Pierce
_____
            **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                              FOOTNOTE          RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                          12.14
  01012 - Accounting Clerk II                                         13.62
  01013 - Accounting Clerk III                                        16.03
  01020 - Administrative Assistant                                    18.33
  01040 - Court Reporter                                              15.07
  01051 - Data Entry Operator I                                       11.53
  01052 - Data Entry Operator II                                      13.15
  01060 - Dispatcher, Motor Vehicle                                   16.75
  01070 - Document Preparation Clerk                                  11.81
  01090 - Duplicating Machine Operator                               11.81
  01111 - General Clerk I                                             10.83
  01112 - General Clerk II                                            11.82
  01113 - General Clerk III                                           18.09
  01120 - Housing Referral Assistant                                  16.80
  01141 - Messenger Courier                                           10.89
  01191 - Order Clerk I                                               12.79
  01192 - Order Clerk II                                              13.69
  01261 - Personnel Assistant (Employment) I                          13.47
  01262 - Personnel Assistant (Employment) II                         15.07
  01263 - Personnel Assistant (Employment) III                        16.80
  01270 - Production Control Clerk                                    18.80
  01280 - Receptionist                                                11.93
  01290 - Rental Clerk                                                12.50
  01300 - Scheduler, Maintenance                                      13.47
  01311 - Secretary I                                                 13.47
  01312 - Secretary II                                                15.07
  01313 - Secretary III                                               16.80
  01320 - Service Order Dispatcher                                    14.63
  01410 - Supply Technician                                           18.33
  01420 - Survey Worker                                               14.09
  01531 - Travel Clerk I                                              12.32
  01532 - Travel Clerk II                                             13.45
  01533 - Travel Clerk III                                            14.49
  01611 - Word Processor I                                            12.58
  01612 - Word Processor II                                           15.29
  01613 - Word Processor III                                          17.11
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass                        18.96
  05010 - Automotive  Electrician                                     16.74

```
05040 - Automotive Glass Installer                     14.73
05070 - Automotive Worker                              14.73
05110 - Mobile Equipment Servicer                      12.68
05130 - Motor Equipment Metal Mechanic                 17.19
05160 - Motor Equipment Metal Worker                   14.73
05190 - Motor Vehicle Mechanic                         17.18
05220 - Motor Vehicle Mechanic Helper                  12.01
05250 - Motor Vehicle Upholstery Worker                13.71
05280 - Motor Vehicle Wrecker                          14.73
05310 - Painter, Automotive                            15.73
05340 - Radiator Repair Specialist                     14.73
05370 - Tire Repairer                                  11.70
05400 - Transmission Repair Specialist                 17.19
07000 - Food Preparation And Service Occupations
07010 - Baker                                          11.75
07041 - Cook I                                         10.86
07042 - Cook II                                        12.20
07070 - Dishwasher                                      8.18
07130 - Food Service Worker                             9.21
07210 - Meat Cutter                                    13.65
07260 - Waiter/Waitress                                 9.87
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    16.52
09040 - Furniture Handler                              10.58
09080 - Furniture Refinisher                           16.52
09090 - Furniture Refinisher Helper                    12.29
09110 - Furniture Repairer, Minor                      14.40
09130 - Upholsterer                                    16.52
11000 - General Services And Support Occupations
11030 - Cleaner, Vehicles                              10.02
11060 - Elevator Operator                              10.02
11090 - Gardener                                       12.83
11122 - Housekeeping Aide                              11.17
11150 - Janitor                                        11.17
11210 - Laborer, Grounds Maintenance                   11.30
11240 - Maid or Houseman                                8.91
11260 - Pruner                                         10.07
11270 - Tractor Operator                               12.66
11330 - Trail Maintenance Worker                       11.30
11360 - Window Cleaner                                 12.59
12000 - Health Occupations
12010 - Ambulance Driver                               15.60
12011 - Breath Alcohol Technician                      17.67
12012 - Certified Occupational Therapist Assistant     27.76
12015 - Certified Physical Therapist Assistant         22.30
12020 - Dental Assistant                               16.28
12025 - Dental Hygienist                               27.39
12030 - EKG Technician                                 21.26
12035 - Electroneurodiagnostic Technologist            21.26
12040 - Emergency Medical Technician                   15.15
12071 - Licensed Practical Nurse I                     15.80
12072 - Licensed Practical Nurse II                    17.67
12073 - Licensed Practical Nurse III                   18.89
12100 - Medical Assistant                              13.57
12130 - Medical Laboratory Technician                  17.22
12160 - Medical Record Clerk                           13.75
12190 - Medical Record Technician                      15.38
12195 - Medical Transcriptionist                       15.65
12210 - Nuclear Medicine Technologist                  32.90
12221 - Nursing Assistant I                            10.38
12222 - Nursing Assistant II                           11.67
```

```
12223 - Nursing Assistant III                              12.74
12224 - Nursing Assistant IV                               14.29
12235 - Optical Dispenser                                  19.34
12236 - Optical Technician                                 14.66
12250 - Pharmacy Technician                                14.44
12280 - Phlebotomist                                       14.29
12305 - Radiologic Technologist                            23.35
12311 - Registered Nurse I                                 23.41
12312 - Registered Nurse II                                28.64
12313 - Registered Nurse II, Specialist                    28.64
12314 - Registered Nurse III                               34.65
12315 - Registered Nurse III, Anesthetist                  34.65
12316 - Registered Nurse IV                                41.52
12317 - Scheduler (Drug and Alcohol Testing)               20.99
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                              18.14
13012 - Exhibits Specialist II                             22.48
13013 - Exhibits Specialist III                            27.50
13041 - Illustrator I                                      18.79
13042 - Illustrator II                                     23.29
13043 - Illustrator III                                    28.49
13047 - Librarian                                          24.89
13050 - Library Aide/Clerk                                 12.40
13054 - Library Information Technology Systems             22.40
Administrator
13058 - Library Technician                                 13.25
13061 - Media Specialist I                                 16.22
13062 - Media Specialist II                                18.14
13063 - Media Specialist III                               20.53
13071 - Photographer I                                     13.56
13072 - Photographer II                                    16.00
13073 - Photographer III                                   18.80
13074 - Photographer IV                                    23.00
13075 - Photographer V                                     27.82
13110 - Video Teleconference Technician                    15.58
14000 - Information Technology Occupations
14041 - Computer Operator I                                13.44
14042 - Computer Operator II                               15.03
14043 - Computer Operator III                              16.96
14044 - Computer Operator IV                               20.82
14045 - Computer Operator V                                23.11
14071 - Computer Programmer I                              24.20
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                      15.41
14160 - Personal Computer Support Technician               20.82
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)    28.19
15020 - Aircrew Training Devices Instructor (Rated)        34.10
15030 - Air Crew Training Devices Instructor (Pilot)       39.61
15050 - Computer Based Training Specialist / Instructor    26.70
15060 - Educational Technologist                           23.96
15070 - Flight Instructor (Pilot)                          37.51
15080 - Graphic Artist                                     22.77
15090 - Technical Instructor                               20.53
15095 - Technical Instructor/Course Developer              25.11
15110 - Test Proctor                                       16.56
```

```
  15120 - Tutor                                               16.56
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
  16010 - Assembler                                            8.67
  16030 - Counter Attendant                                    8.67
  16040 - Dry Cleaner                                         11.05
  16070 - Finisher, Flatwork, Machine                          8.67
  16090 - Presser, Hand                                        8.67
  16110 - Presser, Machine, Drycleaning                        8.67
  16130 - Presser, Machine, Shirts                             8.67
  16160 - Presser, Machine, Wearing Apparel, Laundry           8.67
  16190 - Sewing Machine Operator                             11.79
  16220 - Tailor                                              12.51
  16250 - Washer, Machine                                      9.44
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                   16.70
  19040 - Tool And Die Maker                                  21.00
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                   15.29
  21030 - Material Coordinator                                18.80
  21040 - Material Expediter                                  18.80
  21050 - Material Handling Laborer                           12.93
  21071 - Order Filler                                        10.98
  21080 - Production Line Worker (Food Processing)            15.29
  21110 - Shipping Packer                                     14.88
  21130 - Shipping/Receiving Clerk                            14.88
  21140 - Store Worker I                                       9.85
  21150 - Stock Clerk                                         14.02
  21210 - Tools And Parts Attendant                           15.29
  21410 - Warehouse Specialist                                15.29
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                         25.15
  23021 - Aircraft Mechanic I                                 23.72
  23022 - Aircraft Mechanic II                                25.15
  23023 - Aircraft Mechanic III                               26.71
  23040 - Aircraft Mechanic Helper                            15.08
  23050 - Aircraft, Painter                                   20.64
  23060 - Aircraft Servicer                                   17.67
  23080 - Aircraft Worker                                     18.98
  23110 - Appliance Mechanic                                  18.66
  23120 - Bicycle Repairer                                    12.87
  23125 - Cable Splicer                                       23.45
  23130 - Carpenter, Maintenance                              17.89
  23140 - Carpet Layer                                        17.55
  23160 - Electrician, Maintenance                            20.10
  23181 - Electronics Technician Maintenance I                22.35
  23182 - Electronics Technician Maintenance II               23.94
  23183 - Electronics Technician Maintenance III              25.41
  23260 - Fabric Worker                                       16.35
  23290 - Fire Alarm System Mechanic                          19.13
  23310 - Fire Extinguisher Repairer                          15.12
  23311 - Fuel Distribution System Mechanic                   23.13
  23312 - Fuel Distribution System Operator                   18.23
  23370 - General Maintenance Worker                          15.63
  23380 - Ground Support Equipment Mechanic                   23.72
  23381 - Ground Support Equipment Servicer                   17.67
  23382 - Ground Support Equipment Worker                     18.98
  23391 - Gunsmith I                                          16.81
  23392 - Gunsmith II                                         18.67
  23393 - Gunsmith III                                        20.74
  23410 - Heating, Ventilation And Air-Conditioning           19.33
  Mechanic
```

```
    23411 - Heating, Ventilation And Air Contditioning          20.50
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                             18.39
    23440 - Heavy Equipment Operator                             20.02
    23460 - Instrument Mechanic                                  24.25
    23465 - Laboratory/Shelter Mechanic                          18.79
    23470 - Laborer                                              12.93
    23510 - Locksmith                                            16.48
    23530 - Machinery Maintenance Mechanic                       22.01
    23550 - Machinist, Maintenance                               18.54
    23580 - Maintenance Trades Helper                            12.29
    23591 - Metrology Technician I                               24.25
    23592 - Metrology Technician II                              25.81
    23593 - Metrology Technician III                             27.31
    23640 - Millwright                                           20.21
    23710 - Office Appliance Repairer                            21.11
    23760 - Painter, Maintenance                                 16.52
    23790 - Pipefitter, Maintenance                              19.16
    23810 - Plumber, Maintenance                                 18.01
    23820 - Pneudraulic Systems Mechanic                         20.02
    23850 - Rigger                                               19.65
    23870 - Scale Mechanic                                       17.55
    23890 - Sheet-Metal Worker, Maintenance                      19.44
    23910 - Small Engine Mechanic                                14.74
    23931 - Telecommunications Mechanic I                        23.49
    23932 - Telecommunications Mechanic II                       25.00
    23950 - Telephone Lineman                                    21.89
    23960 - Welder, Combination, Maintenance                     16.90
    23965 - Well Driller                                         20.02
    23970 - Woodcraft Worker                                     20.02
    23980 - Woodworker                                           12.71
24000 - Personal Needs Occupations
    24570 - Child Care Attendant                                  9.49
    24580 - Child Care Center Clerk                              13.34
    24610 - Chore Aide                                            9.44
    24620 - Family Readiness And Support Services                14.20
Coordinator
    24630 - Homemaker                                            19.49
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        22.27
    25040 - Sewage Plant Operator                                22.26
    25070 - Stationary Engineer                                  22.27
    25190 - Ventilation Equipment Tender                         15.47
    25210 - Water Treatment Plant Operator                       22.26
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        15.83
    27007 - Baggage Inspector                                    10.51
    27008 - Corrections Officer                                  15.87
    27010 - Court Security Officer                               15.87
    27030 - Detection Dog Handler                                13.68
    27040 - Detention Officer                                    15.87
    27070 - Firefighter                                          13.26
    27101 - Guard I                                              10.51
    27102 - Guard II                                             13.68
    27131 - Police Officer I                                     19.58
    27132 - Police Officer II                                    21.77
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          10.32
    28042 - Carnival Equipment Repairer                          10.47
    28043 - Carnival Equpment Worker                              8.39
    28210 - Gate Attendant/Gate Tender                           12.73
```

```
  28310 - Lifeguard                                                    11.29
  28350 - Park Attendant (Aide)                                        14.24
  28510 - Recreation Aide/Health Facility Attendant                    10.13
  28515 - Recreation Specialist                                        17.10
  28630 - Sports Official                                              11.34
  28690 - Swimming Pool Operator                                       14.87
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                           18.99
  29020 - Hatch Tender                                                 18.99
  29030 - Line Handler                                                 18.99
  29041 - Stevedore I                                                  17.72
  29042 - Stevedore II                                                 22.13
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist, Center (HFO)    (see 2)      35.77
  30011 - Air Traffic Control Specialist, Station (HFO)   (see 2)      24.66
  30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)       27.16
  30021 - Archeological Technician I                                   16.46
  30022 - Archeological Technician II                                  18.41
  30023 - Archeological Technician III                                 22.82
  30030 - Cartographic Technician                                      22.82
  30040 - Civil Engineering Technician                                 22.04
  30061 - Drafter/CAD Operator I                                       16.46
  30062 - Drafter/CAD Operator II                                      18.41
  30063 - Drafter/CAD Operator III                                     20.54
  30064 - Drafter/CAD Operator IV                                      25.27
  30081 - Engineering Technician I                                     13.90
  30082 - Engineering Technician II                                    16.57
  30083 - Engineering Technician III                                   20.34
  30084 - Engineering Technician IV                                    23.88
  30085 - Engineering Technician V                                     29.16
  30086 - Engineering Technician VI                                    35.34
  30090 - Environmental Technician                                     21.21
  30210 - Laboratory Technician                                        20.56
  30240 - Mathematical Technician                                      22.18
  30361 - Paralegal/Legal Assistant I                                  18.17
  30362 - Paralegal/Legal Assistant II                                 22.79
  30363 - Paralegal/Legal Assistant III                                27.87
  30364 - Paralegal/Legal Assistant IV                                 33.75
  30390 - Photo-Optics Technician                                      22.82
  30461 - Technical Writer I                                           22.03
  30462 - Technical Writer II                                          26.95
  30463 - Technical Writer III                                         32.60
  30491 - Unexploded Ordnance (UXO) Technician I                       22.74
  30492 - Unexploded Ordnance (UXO) Technician II                      27.51
  30493 - Unexploded Ordnance (UXO) Technician III                     32.97
  30494 - Unexploded (UXO) Safety Escort                               22.74
  30495 - Unexploded (UXO) Sweep Personnel                             22.74
  30620 - Weather Observer, Combined Upper Air Or         (see 2)      20.54
  Surface Programs
  30621 - Weather Observer, Senior                        (see 2)      22.82
31000 - Transportation/Mobile Equipment Operation Occupations
  31020 - Bus Aide                                                     13.82
  31030 - Bus Driver                                                   18.11
  31043 - Driver Courier                                               15.41
  31260 - Parking and Lot Attendant                                     9.32
  31290 - Shuttle Bus Driver                                           15.41
  31310 - Taxi Driver                                                  10.42
  31361 - Truckdriver, Light                                           15.41
  31362 - Truckdriver, Medium                                          18.16
  31363 - Truckdriver, Heavy                                           19.44
  31364 - Truckdriver, Tractor-Trailer                                 19.44
```

```
99000 - Miscellaneous Occupations
  99030 - Cashier                                                       8.57
  99050 - Desk Clerk                                                    9.66
  99095 - Embalmer                                                     24.27
  99251 - Laboratory Animal Caretaker I                                10.44
  99252 - Laboratory Animal Caretaker II                               11.35
  99310 - Mortician                                                    24.27
  99410 - Pest Controller                                              14.06
  99510 - Photofinishing Worker                                        13.91
  99710 - Recycling Laborer                                            15.26
  99711 - Recycling Specialist                                         19.47
  99730 - Refuse Collector                                             13.54
  99810 - Sales Clerk                                                  12.62
  99820 - School Crossing Guard                                        11.25
  99830 - Survey Party Chief                                           20.53
  99831 - Surveying Aide                                               11.63
  99832 - Surveying Technician                                         15.94
  99840 - Vending Machine Attendant                                    11.62
  99841 - Vending Machine Repairer                                     14.63
  99842 - Vending Machine Repairer Helper                              11.62
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.02 per hour or $160.80 per week or $696.79 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther
King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor
Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the

conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption.  Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
    (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty, you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with or
in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of sensitive
ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder
and photoflash powder.  All dry-house activities involving propellants or explosives.
  Demilitarization, modification, renovation, demolition, and maintenance operations
on sensitive ordnance, explosives and incendiary materials.  All operations
involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordnance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation,  irritation of the skin, minor burns and the
like; minimal damage to immediate or adjacent work area or equipment being used.
All operations involving, unloading, storage, and hauling of ordance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual

cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition, April 2006,
unless otherwise indicated. Copies of the Directory are available on the Internet. A
links to the Directory may be found on the WHD home page at http://www.dol.
gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at
http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form
1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination.  Such
conformed classes of employees shall be paid the monetary wages and furnished the
fringe benefits as are determined.  Such conforming process shall be initiated by
the contractor prior to the performance of contract work by such unlisted class(es)
of employees.  The conformed classification, wage rate, and/or fringe benefits shall
be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}
When multiple wage determinations are included in a contract, a separate SF 1444
should be prepared for each wage determination to which a class(es) is to be
conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order
proposed classification title(s), a Federal grade equivalency (FGE) for each
proposed classification(s), job description(s), and rationale for proposed wage
rate(s), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves.  This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the Wage
and Hour Division, Employment Standards Administration, U.S. Department of Labor,
for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or

disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in the
wage determination.  Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT D CODE | | PAGE  OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION  NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| P00008 | See Block 16C | | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADM NISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.  DROIGSA-09-0038 |
|---|---|---|

10B. DATED (SEE ITEM 13)    07/28/2009

| CODE    6275735610000 | FACILITY CODE | CODE |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers    ☐ is extended    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPEC FIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNT NG AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MOD FIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |
| X | FAR 43.103(a) | |

E. IMPORTANT    Contractor    ☐ is not.    ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  627573561
Program Office/Contracting Officer's Representative (COR):  ▮▮▮▮▮▮  305-207-▮▮▮,
▮▮▮▮▮▮ice.dhs.gov
Contract Specialist:  ▮▮▮▮▮▮ , 202-732-▮▮▮

The purpose of this bilateral modification is to extend the period of performance of this
Agreement through May 31, 2016 at the currently agreed upon rate and terms.

Exempt Action: Y
Period of Performance: 08/03/2009 to 05/31/2016
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ▮▮▮▮▮▮ | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53 243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 2. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| P00009 | | 08/07/2015 | | | | |
| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | | CODE | ICE/DCR |
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW Suite<br>WASHINGTON DC 20536 | | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite<br>Washington DC 20536 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | | | |
| | | | | 9B. DATED (SEE ITEM 11) |
| | | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | | | 10B. DATED (SEE ITEM 13) |
| CODE   6275735610000 | | FACILITY CODE | | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.   IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D. OTHER (Specify type of modification and authority) |
| X | FAR 43.103(b) |

E. IMPORTANT:   Contractor   ☒ is not.   ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:   627573561

Program Office/Contracting Officer's Representative (COR.                                            305-207-
            ice.dhs.gov
Contract Specialist:                       202-732-

The purpose of this modification is to incorporate the following wage determination and Health and Welfare updates:

Attachment 1- Department of Labor Wage Rage Determination No. 2005-2115, Rev. 16, dated 07/08/2015.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | | 08/07/2015 |
| (Signature of person authorized to sign) | | | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED DROIGSA-09-0038/P00009 | | | | PAGE 2 | OF 2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | In accordance with FAR 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts)(f) "The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days after receiving a new wage determination unless this notification period is extended in writing by the Contracting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause, but nothing in the clause shall preclude the Government from asserting a claim within the period permitted by law. The notice shall contain a statement of the amount claimed and any relevant supporting data, including payroll records that the Contracting Officer may reasonably require. Exempt Action: Y Period of Performance: 08/03/2009 to 05/31/2016 All other terms and conditions remain the same. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

WD 05-2115 (Rev.-16) was first posted on www.wdol.gov on 07/14/2015
********************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C. 20210 |

| | | |
|---|---|---|
| | | Wage Determination No.: 2005-2115 |
| Daniel W. Simms | Division of | Revision No.: 16 |
| Director | Wage Determinations | Date Of Revision: 07/08/2015 |

Note: Executive Order (EO) 13658 establishes an hourly minimum wage of $10.10
for 2015 that applies to all contracts subject to the Service Contract Act for
which the solicitation is issued on or after January 1, 2015. If this contract
is covered by the EO, the contractor must pay all workers in any
classification listed on this wage determination at least $10.10 (or the
applicable wage rate listed on this wage determination, if it is higher) for
all hours spent performing on the contract. The EO minimum wage rate will be
adjusted annually. Additional information on contractor requirements and
worker protections under the EO is available at www.dol.gov/whd/govcontracts.

States: Florida, Georgia

Area: Florida Counties of Baker, Clay, Columbia, Duval, Hamilton, Lafayette,
Madison, Nassau, Putnam, Saint Johns, Suwannee, Taylor
Georgia Counties of Brantley, Camden, Charlton, Glynn, Pierce

```
          **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                                 FOOTNOTE          RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                              12.14
  01012 - Accounting Clerk II                                             13.62
  01013 - Accounting Clerk III                                            16.03
  01020 - Administrative Assistant                                        18.33
  01040 - Court Reporter                                                  15.07
  01051 - Data Entry Operator I                                           11.53
  01052 - Data Entry Operator II                                          13.15
  01060 - Dispatcher, Motor Vehicle                                       16.75
  01070 - Document Preparation Clerk                                      11.81
  01090 - Duplicating Machine Operator                                    11.81
  01111 - General Clerk I                                                 10.83
  01112 - General Clerk II                                                11.82
  01113 - General Clerk III                                               18.09
  01120 - Housing Referral Assistant                                      16.80
  01141 - Messenger Courier                                               10.89
  01191 - Order Clerk I                                                   12.79
  01192 - Order Clerk II                                                  13.69
  01261 - Personnel Assistant (Employment) I                             13.47
  01262 - Personnel Assistant (Employment) II                            15.07
  01263 - Personnel Assistant (Employment) III                           16.80
  01270 - Production Control Clerk                                        18.80
  01280 - Receptionist                                                    11.93
  01290 - Rental Clerk                                                    12.50
  01300 - Scheduler, Maintenance                                          13.47
  01311 - Secretary I                                                     13.47
  01312 - Secretary II                                                    15.07
  01313 - Secretary III                                                   16.80
  01320 - Service Order Dispatcher                                        14.63
  01410 - Supply Technician                                               18.33
```

```
01420 - Survey Worker                                      14.09
01531 - Travel Clerk I                                     12.32
01532 - Travel Clerk II                                    13.45
01533 - Travel Clerk III                                   14.49
01611 - Word Processor I                                   12.58
01612 - Word Processor II                                  15.29
01613 - Word Processor III                                 17.11
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass             18.96
  05010 - Automotive  Electrician                          16.74
  05040 - Automotive Glass Installer                       14.73
  05070 - Automotive Worker                                14.73
  05110 - Mobile Equipment Servicer                        12.68
  05130 - Motor Equipment Metal Mechanic                   17.19
  05160 - Motor Equipment Metal Worker                     14.73
  05190 - Motor Vehicle Mechanic                           17.18
  05220 - Motor Vehicle Mechanic Helper                    12.01
  05250 - Motor Vehicle Upholstery Worker                  13.71
  05280 - Motor Vehicle Wrecker                            14.73
  05310 - Painter, Automotive                              15.73
  05340 - Radiator Repair Specialist                       14.73
  05370 - Tire Repairer                                    11.70
  05400 - Transmission Repair Specialist                   17.19
07000 - Food Preparation And Service Occupations
  07010 - Baker                                            11.75
  07041 - Cook I                                           10.86
  07042 - Cook II                                          12.20
  07070 - Dishwasher                                        8.18
  07130 - Food Service Worker                               9.21
  07210 - Meat Cutter                                      13.65
  07260 - Waiter/Waitress                                   9.87
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                      16.52
  09040 - Furniture Handler                                10.58
  09080 - Furniture Refinisher                             16.52
  09090 - Furniture Refinisher Helper                      12.29
  09110 - Furniture Repairer, Minor                        14.40
  09130 - Upholsterer                                      16.52
11000 - General Services And Support Occupations
  11030 - Cleaner, Vehicles                                10.02
  11060 - Elevator Operator                                10.02
  11090 - Gardener                                         12.83
  11122 - Housekeeping Aide                                11.17
  11150 - Janitor                                          11.17
  11210 - Laborer, Grounds Maintenance                     11.30
  11240 - Maid or Houseman                                  8.91
  11260 - Pruner                                           10.07
  11270 - Tractor Operator                                 12.66
  11330 - Trail Maintenance Worker                         11.30
  11360 - Window Cleaner                                   12.59
12000 - Health Occupations
  12010 - Ambulance Driver                                 15.60
  12011 - Breath Alcohol Technician                        17.67
  12012 - Certified Occupational Therapist Assistant       27.76
  12015 - Certified Physical Therapist Assistant           22.30
  12020 - Dental Assistant                                 16.28
  12025 - Dental Hygienist                                 27.39
  12030 - EKG Technician                                   21.26
  12035 - Electroneurodiagnostic Technologist              21.26
  12040 - Emergency Medical Technician                     15.15
  12071 - Licensed Practical Nurse I                       15.80
```

```
12072 - Licensed Practical Nurse II                              17.67
12073 - Licensed Practical Nurse III                             18.89
12100 - Medical Assistant                                        13.57
12130 - Medical Laboratory Technician                            17.22
12160 - Medical Record Clerk                                     13.75
12190 - Medical Record Technician                                15.38
12195 - Medical Transcriptionist                                 15.65
12210 - Nuclear Medicine Technologist                            32.90
12221 - Nursing Assistant I                                      10.38
12222 - Nursing Assistant II                                     11.67
12223 - Nursing Assistant III                                    12.74
12224 - Nursing Assistant IV                                     14.29
12235 - Optical Dispenser                                        19.34
12236 - Optical Technician                                       14.66
12250 - Pharmacy Technician                                      14.44
12280 - Phlebotomist                                             14.29
12305 - Radiologic Technologist                                  23.35
12311 - Registered Nurse I                                       23.41
12312 - Registered Nurse II                                      28.64
12313 - Registered Nurse II, Specialist                          28.64
12314 - Registered Nurse III                                     34.65
12315 - Registered Nurse III, Anesthetist                        34.65
12316 - Registered Nurse IV                                      41.52
12317 - Scheduler (Drug and Alcohol Testing)                     20.99
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                    18.14
13012 - Exhibits Specialist II                                   22.48
13013 - Exhibits Specialist III                                  27.50
13041 - Illustrator I                                            18.79
13042 - Illustrator II                                           23.29
13043 - Illustrator III                                          28.49
13047 - Librarian                                                24.89
13050 - Library Aide/Clerk                                       12.40
13054 - Library Information Technology Systems                   22.40
        Administrator
13058 - Library Technician                                       13.25
13061 - Media Specialist I                                       16.22
13062 - Media Specialist II                                      18.14
13063 - Media Specialist III                                     20.53
13071 - Photographer I                                           13.56
13072 - Photographer II                                          16.00
13073 - Photographer III                                         18.80
13074 - Photographer IV                                          23.00
13075 - Photographer V                                           27.82
13110 - Video Teleconference Technician                          15.58
14000 - Information Technology Occupations
14041 - Computer Operator I                                      13.44
14042 - Computer Operator II                                     15.03
14043 - Computer Operator III                                    16.96
14044 - Computer Operator IV                                     20.82
14045 - Computer Operator V                                      23.11
14071 - Computer Programmer I                                    24.20
14072 - Computer Programmer II                        (see 1)
14073 - Computer Programmer III                       (see 1)
14074 - Computer Programmer IV                        (see 1)
14101 - Computer Systems Analyst I                    (see 1)
14102 - Computer Systems Analyst II                   (see 1)
14103 - Computer Systems Analyst III                  (see 1)
14150 - Peripheral Equipment Operator                            15.41
14160 - Personal Computer Support Technician                     20.82
15000 - Instructional Occupations
```

```
     15010 - Aircrew Training Devices Instructor (Non-Rated)        28.19
     15020 - Aircrew Training Devices Instructor (Rated)            34.10
     15030 - Air Crew Training Devices Instructor (Pilot)           39.61
     15050 - Computer Based Training Specialist / Instructor        26.70
     15060 - Educational Technologist                               23.96
     15070 - Flight Instructor (Pilot)                              37.51
     15080 - Graphic Artist                                         22.77
     15090 - Technical Instructor                                   20.53
     15095 - Technical Instructor/Course Developer                  25.11
     15110 - Test Proctor                                           16.56
     15120 - Tutor                                                  16.56
  16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
     16010 - Assembler                                               8.67
     16030 - Counter Attendant                                       8.67
     16040 - Dry Cleaner                                            11.05
     16070 - Finisher, Flatwork, Machine                             8.67
     16090 - Presser, Hand                                           8.67
     16110 - Presser, Machine, Drycleaning                           8.67
     16130 - Presser, Machine, Shirts                                8.67
     16160 - Presser, Machine, Wearing Apparel, Laundry              8.67
     16190 - Sewing Machine Operator                                11.79
     16220 - Tailor                                                 12.51
     16250 - Washer, Machine                                         9.44
  19000 - Machine Tool Operation And Repair Occupations
     19010 - Machine-Tool Operator (Tool Room)                      16.70
     19040 - Tool And Die Maker                                     21.00
  21000 - Materials Handling And Packing Occupations
     21020 - Forklift Operator                                      15.29
     21030 - Material Coordinator                                   18.80
     21040 - Material Expediter                                     18.80
     21050 - Material Handling Laborer                              12.93
     21071 - Order Filler                                           10.98
     21080 - Production Line Worker (Food Processing)               15.29
     21110 - Shipping Packer                                        14.88
     21130 - Shipping/Receiving Clerk                               14.88
     21140 - Store Worker I                                          9.85
     21150 - Stock Clerk                                            14.02
     21210 - Tools And Parts Attendant                              15.29
     21410 - Warehouse Specialist                                   15.29
  23000 - Mechanics And Maintenance And Repair Occupations
     23010 - Aerospace Structural Welder                            25.15
     23021 - Aircraft Mechanic I                                    23.72
     23022 - Aircraft Mechanic II                                   25.15
     23023 - Aircraft Mechanic III                                  26.71
     23040 - Aircraft Mechanic Helper                               15.08
     23050 - Aircraft, Painter                                      20.64
     23060 - Aircraft Servicer                                      17.67
     23080 - Aircraft Worker                                        18.98
     23110 - Appliance Mechanic                                     18.66
     23120 - Bicycle Repairer                                       12.87
     23125 - Cable Splicer                                          23.45
     23130 - Carpenter, Maintenance                                 17.89
     23140 - Carpet Layer                                           17.55
     23160 - Electrician, Maintenance                               20.10
     23181 - Electronics Technician Maintenance I                   22.35
     23182 - Electronics Technician Maintenance II                  23.94
     23183 - Electronics Technician Maintenance III                 25.41
     23260 - Fabric Worker                                          16.35
     23290 - Fire Alarm System Mechanic                             19.13
     23310 - Fire Extinguisher Repairer                             15.12
     23311 - Fuel Distribution System Mechanic                      23.13
```

| | |
|---|---|
| 23312 - Fuel Distribution System Operator | 18.23 |
| 23370 - General Maintenance Worker | 15.63 |
| 23380 - Ground Support Equipment Mechanic | 23.72 |
| 23381 - Ground Support Equipment Servicer | 17.67 |
| 23382 - Ground Support Equipment Worker | 18.98 |
| 23391 - Gunsmith I | 16.81 |
| 23392 - Gunsmith II | 18.67 |
| 23393 - Gunsmith III | 20.74 |
| 23410 - Heating, Ventilation And Air-Conditioning Mechanic | 19.33 |
| 23411 - Heating, Ventilation And Air Contditioning Mechanic (Research Facility) | 20.50 |
| 23430 - Heavy Equipment Mechanic | 18.39 |
| 23440 - Heavy Equipment Operator | 20.02 |
| 23460 - Instrument Mechanic | 24.25 |
| 23465 - Laboratory/Shelter Mechanic | 18.79 |
| 23470 - Laborer | 12.93 |
| 23510 - Locksmith | 16.48 |
| 23530 - Machinery Maintenance Mechanic | 22.01 |
| 23550 - Machinist, Maintenance | 18.54 |
| 23580 - Maintenance Trades Helper | 12.29 |
| 23591 - Metrology Technician I | 24.25 |
| 23592 - Metrology Technician II | 25.81 |
| 23593 - Metrology Technician III | 27.31 |
| 23640 - Millwright | 20.21 |
| 23710 - Office Appliance Repairer | 21.11 |
| 23760 - Painter, Maintenance | 16.52 |
| 23790 - Pipefitter, Maintenance | 19.16 |
| 23810 - Plumber, Maintenance | 18.01 |
| 23820 - Pneudraulic Systems Mechanic | 20.02 |
| 23850 - Rigger | 19.65 |
| 23870 - Scale Mechanic | 17.55 |
| 23890 - Sheet-Metal Worker, Maintenance | 19.44 |
| 23910 - Small Engine Mechanic | 14.74 |
| 23931 - Telecommunications Mechanic I | 23.49 |
| 23932 - Telecommunications Mechanic II | 25.00 |
| 23950 - Telephone Lineman | 21.89 |
| 23960 - Welder, Combination, Maintenance | 16.90 |
| 23965 - Well Driller | 20.02 |
| 23970 - Woodcraft Worker | 20.02 |
| 23980 - Woodworker | 12.71 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 9.49 |
| 24580 - Child Care Center Clerk | 13.34 |
| 24610 - Chore Aide | 9.44 |
| 24620 - Family Readiness And Support Services Coordinator | 14.20 |
| 24630 - Homemaker | 19.49 |
| 25000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 22.27 |
| 25040 - Sewage Plant Operator | 22.26 |
| 25070 - Stationary Engineer | 22.27 |
| 25190 - Ventilation Equipment Tender | 15.47 |
| 25210 - Water Treatment Plant Operator | 22.26 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 15.83 |
| 27007 - Baggage Inspector | 10.51 |
| 27008 - Corrections Officer | 15.87 |
| 27010 - Court Security Officer | 15.87 |
| 27030 - Detection Dog Handler | 13.68 |
| 27040 - Detention Officer | 15.87 |

```
  27070 - Firefighter                                              13.26
  27101 - Guard I                                                  10.51
  27102 - Guard II                                                 13.68
  27131 - Police Officer I                                         19.58
  27132 - Police Officer II                                        21.77
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                              10.32
  28042 - Carnival Equipment Repairer                              10.47
  28043 - Carnival Equpment Worker                                  8.39
  28210 - Gate Attendant/Gate Tender                               12.73
  28310 - Lifeguard                                                11.29
  28350 - Park Attendant (Aide)                                    14.24
  28510 - Recreation Aide/Health Facility Attendant                10.13
  28515 - Recreation Specialist                                    17.10
  28630 - Sports Official                                          11.34
  28690 - Swimming Pool Operator                                   14.87
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                       18.99
  29020 - Hatch Tender                                             18.99
  29030 - Line Handler                                             18.99
  29041 - Stevedore I                                              17.72
  29042 - Stevedore II                                             22.13
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist, Center (HFO)   (see 2)   35.77
  30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)   24.66
  30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)   27.16
  30021 - Archeological Technician I                               16.46
  30022 - Archeological Technician II                              18.41
  30023 - Archeological Technician III                             22.82
  30030 - Cartographic Technician                                  22.82
  30040 - Civil Engineering Technician                             22.04
  30061 - Drafter/CAD Operator I                                   16.46
  30062 - Drafter/CAD Operator II                                  18.41
  30063 - Drafter/CAD Operator III                                 20.54
  30064 - Drafter/CAD Operator IV                                  25.27
  30081 - Engineering Technician I                                 13.90
  30082 - Engineering Technician II                                16.57
  30083 - Engineering Technician III                               20.34
  30084 - Engineering Technician IV                                23.88
  30085 - Engineering Technician V                                 29.16
  30086 - Engineering Technician VI                                35.34
  30090 - Environmental Technician                                 21.21
  30210 - Laboratory Technician                                    20.56
  30240 - Mathematical Technician                                  22.18
  30361 - Paralegal/Legal Assistant I                              18.17
  30362 - Paralegal/Legal Assistant II                             22.79
  30363 - Paralegal/Legal Assistant III                            27.87
  30364 - Paralegal/Legal Assistant IV                             33.75
  30390 - Photo-Optics Technician                                  22.82
  30461 - Technical Writer I                                       22.03
  30462 - Technical Writer II                                      26.95
  30463 - Technical Writer III                                     32.60
  30491 - Unexploded Ordnance (UXO) Technician I                   22.74
  30492 - Unexploded Ordnance (UXO) Technician II                  27.51
  30493 - Unexploded Ordnance (UXO) Technician III                 32.97
  30494 - Unexploded (UXO) Safety Escort                           22.74
  30495 - Unexploded (UXO) Sweep Personnel                         22.74
  30620 - Weather Observer, Combined Upper Air Or        (see 2)   20.54
Surface Programs
  30621 - Weather Observer, Senior                       (see 2)   22.82
31000 - Transportation/Mobile Equipment Operation Occupations
```

```
 31020 - Bus Aide                                        13.82
 31030 - Bus Driver                                      18.11
 31043 - Driver Courier                                  15.41
 31260 - Parking and Lot Attendant                        9.32
 31290 - Shuttle Bus Driver                              15.41
 31310 - Taxi Driver                                     10.42
 31361 - Truckdriver, Light                              15.41
 31362 - Truckdriver, Medium                             18.16
 31363 - Truckdriver, Heavy                              19.44
 31364 - Truckdriver, Tractor-Trailer                    19.44
 99000 - Miscellaneous Occupations
 99030 - Cashier                                          8.57
 99050 - Desk Clerk                                       9.66
 99095 - Embalmer                                        24.27
 99251 - Laboratory Animal Caretaker I                   10.44
 99252 - Laboratory Animal Caretaker II                  11.35
 99310 - Mortician                                       24.27
 99410 - Pest Controller                                 14.06
 99510 - Photofinishing Worker                           13.91
 99710 - Recycling Laborer                               15.26
 99711 - Recycling Specialist                            19.47
 99730 - Refuse Collector                                13.54
 99810 - Sales Clerk                                     12.62
 99820 - School Crossing Guard                           11.25
 99830 - Survey Party Chief                              20.53
 99831 - Surveying Aide                                  11.63
 99832 - Surveying Technician                            15.94
 99840 - Vending Machine Attendant                       11.62
 99841 - Vending Machine Repairer                        14.63
 99842 - Vending Machine Repairer Helper                 11.62
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.27 per hour or $170.80 per week or $740.13 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per

week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption.  Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
     (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
     (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
related to user or system design specifications;
     (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
     (4) A combination of the aforementioned duties, the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty, you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with or
in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of sensitive
ordance, explosives, and pyrotechnic compositions such as lead azide, black powder
and photoflash powder.  All dry-house activities involving propellants or explosives.
  Demilitarization, modification, renovation, demolition, and maintenance operations
on sensitive ordnance, explosives and incendiary materials.  All operations
involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation,  irritation of the skin, minor burns and the
like; minimal damage to immediate or adjacent work area or equipment being used.
All operations involving, unloading, storage, and hauling of ordance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination.  Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined.  Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees.  The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves.  This report should be submitted to the

contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the Wage
and Hour Division, Employment Standards Administration, U.S. Department of Labor,
for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in the
wage determination.  Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT D CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00011 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW Suite ▇<br>WASHINGTON DC 20536 | | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▇<br>Washington DC 20536 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| CODE   6275735610000    FAC LITY CODE | | 10B. DATED (SEE ITEM 13)<br>07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing tems 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FA LURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNT NG AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIF ED TO REFLECT THE ADM NISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH N ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>In accordance with DROIGSA-09-0038 |

E. IMPORTANT    Contractor ☒ is not. ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number:  627573561

DUNS:627573561

Contracting Officer's Representative: ▇▇▇▇▇▇▇ , 305-207-▇ ,
▇▇▇▇▇ @ice.dhs.gov

Alternate Contracting Officer's Representative: ▇▇▇▇▇▇ , 305-207-▇▇

Contracting Officer: ▇▇▇▇▇▇ (202) 732-▇▇ ▇▇▇▇▇ @ice.dhs.gov

The purpose of this modification is to incorporate Wage Determination
No. 2015-4539 (R5), dated 1/10/18.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACT NG OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNI ▇▇▇▇ | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | | May 29, 2018 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED
DROIGSA-09-0038/P00011

PAGE 2 OF 2

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | In accordance with FAR 52.222-43, Fair Labor Standards Act and Service Contract-Price Adjustment (Multiple Year and Option Contracts) (f) "The Contractor shall notify the Contracting Officer of any increase claimed under this clause Within 30 days of receiving a new wage Determination unless the notification period is extended in writing by the Contracting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this Clause, but nothing in this clause shall preclude The Government from asserting a claim within the period permitted by law. The notice shall contain a statement of the amount claimed and any records that the Contracting Officer may reasonable require. Exempt Action: Y Sensitive Award: SPII Period of Performance: 08/03/2009 to 09/30/2019 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1 CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00012 | See Block 16C | | |

| 6 ISSUED BY | CODE | ICE/DCR | 7 ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▇▇▇▇
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▇▇▇▇
Washington DC 20536

| 8 NAME AND ADDRESS OF CONTRACTOR (No , street, county, State and ZIP Code) | (x) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | 9B DATED (SEE ITEM 11) |
| | x | 10A MODIFICATION OF CONTRACT/ORDER NO<br>DROIGSA-09-0038 |
| | | 10B DATED (SEE ITEM 13) |
| CODE   6275735610000 | FACILITY CODE | 07/28/2009 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14   The hour and date specified for receipt of Offers ☐ is extended  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment  (b) By acknowledging receipt of this amendment on each copy of the offer submitted , or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers   FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

| 12 ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A THIS CHANGE ORDER IS ISSUED PURSUANT TO  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO  IN ITEM 10A |
|---|---|
| X | B THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office  appropriation date, etc )  SET FORTH IN ITEM 14  PURSUANT TO THE AUTHORITY OF FAR 43 103(b) |
| | C THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not ☒ is required to sign this document and return _____ copies to the issuing office

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible )

DUNS Number:  627573561
DUNS:627573561
Contracting Officer's Representative: ▇▇▇▇▇▇▇▇▇  305-207▇▇▇▇
▇▇▇▇▇▇▇▇@ice.dhs.gov
Alternate Contracting Officer's Representative: ▇▇▇▇▇▇  305-207▇▇▇

Contracting Officer ▇▇▇▇▇▇  (202) 732-▇▇▇  ▇▇▇▇@ice.dhs.gov

1. The purpose of this modification is to correct the transportation overtime
rate listed under IGSA Article XVII, Section A. from ▇▇▇ to ▇▇▇

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A , as heretofore changed, remains unchanged and in full force and effect

| R (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Finance Director | |
| 15C DATE SIGNED | 16B  ▇▇▇ | 16C DATE SIGNED |
| 7/9/2018 | | June 28, 2018 |

STANDARD FORM 30 (REV  10-83)
Prescribed by GSA
FAR (48 CFR) 53 243
Previous edition unusable

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00012 | | | | PAGE<br>2 | OF<br>2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 2. All other terms and conditions remain unchanged.<br><br>Exempt Action: Y Sensitive Award: SPII<br>Period of Performance: 08/03/2009 to 09/30/2019 | | | | |

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | 1. CONTRACT D CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|---|
| P00013 | See Block 16C | | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▮▮▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮▮▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | |
|---|---|---|
| BAKER COUNTY OF 1 SHERIFFS OFFICE DR MACCLENNY FL 320638833 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| CODE  6275735610000      FAC LITY CODE | | 10B. DATED *(SEE ITEM 13)* 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing tems 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FA LURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNT NG AND APPROPRIATION DATA *(If required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIF ED TO REFLECT THE ADM NISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)*  SET FORTH N ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER *(Specify type of modification and authority)*  In accordance with DROIGSA-09-0038 | |

E. IMPORTANT       Contractor ☒ is not.  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DUNS Number:  627573561
DUNS:627573561
Contracting Officer's Representative: ▮▮▮▮▮▮    305-207-▮▮▮
▮▮▮▮▮▮@ice.dhs.gov
Alternate Contracting Officer's Representative: ▮▮▮▮, 305-207-▮▮▮

Contracting Officer: ▮▮▮▮▮  (202) 732-▮▮▮▮▮ice.dhs.gov

1. The purpose of this modification is to incorporate Wage Determination No. 2015-4539 (R8),12/26/2018.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed , remains unchanged and in full force and effect .

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACT NG OFFICER *(Type or print)* | |
|---|---|---|---|
| | | ▮▮▮▮▮▮ | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00013 | | PAGE 2 | OF 2 |

**NAME OF OFFEROR OR CONTRACTOR**
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | In accordance with FAR 52.222-43, Fair Labor Standards Act and Service Contract-Price Adjustment (Multiple Year and Option Contracts) (f) "The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days of receiving a new wage Determination unless the notification period is extended in writing by the Contacting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause but noting in this clause shall preclude the government from asserting a claim within the period permitted by law.  The notice shall contain a statement of the amount claimed and any records that the Contracting Officer may reasonably require.<br><br>2. All other terms and conditions remain unchanged.<br><br>Period of Performance: 05/10/2019 to 05/09/2020 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00015 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

| | |
|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW Suite ▮▮<br>WASHINGTON DC 20536 | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▮▮<br>Washington DC 20536 |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

(X)  9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X  10A. MODIFICATION OF CONTRACT/ORDER NO.
DROIGSA-09-0038

10B. DATED (SEE ITEM 13)
07/28/2009

| CODE  6275735610000 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | DROIGSA-09-0038 | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:    Contractor  ☐ is not.  ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:  627573561
DUNS:627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮▮ice.dhs.gov
Alternate Contracting Officer's Representative:▮▮▮▮▮▮▮▮@ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮▮.ce.dhs.gov
Contract Specialist: ▮▮▮▮▮▮▮▮.ice.dhs.gov

The purpose of this modification is to:

1) Update the applicable National Detention Standards from NDS 2000 to NDS 2019
(https://www.ice.gov/detention-standards/2019) and
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| *Finance Director* ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| 15B. ▮▮▮▮▮▮ (sign) | 15C. DATE SIGNED<br>2/26/20 | 16B. UNITED STATES OF AMERICA<br><br>_____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN ▮▮▮▮▮▮▮▮
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED DROIGSA-09-0038/P00015 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 2) Incorporate Bed Space Tracking Initiative (BSTI) as described in Attachment 1, with the "ICE BSTI Email Submission Form" (Attachment 2).<br><br>All other terms and conditions remain the same. Period of Performance: 05/10/2019 to 05/31/2020 | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00018 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

| 6. ISSUED BY | 7. ADMINISTERED BY |
|---|---|
| DETENTION COMPLIANCE AND REMOVALS<br>U.S. Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I ST NW, RM ▮<br>WASHINGTON DC 20536 | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▮<br>Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    6275735610000    FACILITY CODE | | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority)<br>IAW IGSA DROIGSA-09-0038 | |

E. IMPORTANT:    Contractor ☐ is not.  ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:  627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮▮▮▮ ice.dhs.gov

The purpose of this modification is to accomplish the following extend the period of performance to 6/30/2021. In accordance with Article XI of the IGSA, the period of performance may be extended by bilateral modification.

All other terms and conditions remain unchanged.

Period of Performance: 08/03/2009 to 06/30/2021
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| ▮▮▮▮ Finana Director | | TEL: 202-732-▮ | EMAIL: ▮▮▮▮ICE.DHS.GOV |
| | 15C. DATE SIGNED<br>5/24/21 | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| ▮▮▮ horized to sign) | | (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00018 | | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Change Item 0001 to read as follows(amount shown is the total amount): | | | | |
| 0001 | Detention Bed Day at ▉▉▉ Bed Day<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ████████████ |
| | Change Item 0002 to read as follows(amount shown is the total amount): | | | | |
| 0002 | Escort Transport<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ████████████ |
| | Change Item 0003 to read as follows(amount shown is the total amount): | | | | |
| 0003 | Escort Transport Overtime Rate<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ████████████ |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT D CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00019 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM ▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED *(SEE ITEM 11)*

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | DROIGSA-09-0038 |

| CODE    6275735610000 | FAC LITY CODE | 10B. DATED *(SEE ITEM 13)* |
|---|---|---|
| | | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers      ☐ is extended    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing tems 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FA LURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNT NG AND APPROPRIATION DATA *(If required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIF ED TO REFLECT THE ADM NISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)*  SET FORTH N ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)*    IAW IGSA DROIGSA-09-0038 |

| E. IMPORTANT: | Contractor | ☒ is not. | ☐ is required to sign this document and return _____ copies to the issuing office. |
|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DUNS Number:  627573561
Contracting Officer's Representative: ▮@ice.dhs.gov
Contracting Officer: ▮@ice.dhs.gov


The purpose of this modification is to extend the period of performance to 08/31/2021.


All other terms and conditions remain unchanged.
Period of Performance: 08/03/2009 to 08/31/2021

Except as provided herein, all terms and conditions of the document referenced in item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACT NG OFFICER *(Type or print)* |
|---|---|
| | TEL: 202-732-▮    EMAIL: ▮@ICE.DHS.GOV |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA |
| | FAR (48 CFR) 53.243 |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ NO | 5. PROJECT NO (If applicable) |
|---|---|---|---|
| P00020 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM ███
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ███
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO |
|---|---|
| | DROIGSA-09-0038 |

10B. DATED (SEE ITEM 13)

| CODE | 6275735610000 | FACILITY CODE | 07/28/2009 |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14. PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | IAW IGSA DROIGSA-09-0038 |

E. IMPORTANT:    Contractor ☐ is not ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 627573561
Contracting Officer's Representative: ███████████████████ ice.dhs.gov
Contracting Officer: ███████████████ ice.dhs.gov

The purpose of this modification is to extend the period of performance of this IGSA by 58 months, from 8/31/2021 to 5/31/2026. In accordance with IGSA DROIGSA-09-0038, Article IX. Period of Performance, the period of performance may be extended by bilateral modification.

All other terms and conditions remain the same.
Period of Performance: 08/03/2009 to 05/31/2026

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| ████ **Finance Director** | TEL: 202-732-███ | EMAIL ███████ ICE.DHS.GOV |
| 15B. ███████ (sign) | 15C. DATE SIGNED 8/31/2021 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT               |  EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor         |      WAGE AND HOUR DIVISION
                                                  |      WASHINGTON D.C.  20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-4539
   Daniel W. Simms         Division of            | Revision No.: 12
   Director         Wage Determinations           | Date Of Last Revision: 12/21/2020
```
_____

Note: Under Executive Order (EO) 13658 an hourly minimum wage of $10.95 for
calendar year 2021 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1 2015. If this contract is covered by the EO the contractor
must pay all workers in any classification listed on this wage determination
at least $10.95 per hour (or the applicable wage rate listed on this wage
determination if it is higher) for all hours spent performing on the contract
in calendar year 2021. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts.

_____

State: Florida


Area: Florida Counties of Baker Clay Duval Nassau Saint Johns
_____

           **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                    15.00
   01012 - Accounting Clerk II                                   16.84
   01013 - Accounting Clerk III                                  18.84
   01020 - Administrative Assistant                              24.54
   01035 - Court Reporter                                        16.58
   01041 - Customer Service Representative I                     13.58
   01042 - Customer Service Representative II                    15.27
   01043 - Customer Service Representative III                   16.66
   01051 - Data Entry Operator I                                 14.49
   01052 - Data Entry Operator II                                15.81
   01060 - Dispatcher Motor Vehicle                              18.51
   01070 - Document Preparation Clerk                            13.75
   01090 - Duplicating Machine Operator                          13.75
   01111 - General Clerk I                                       12.87
   01112 - General Clerk II                                      14.04
   01113 - General Clerk III                                     18.09
   01120 - Housing Referral Assistant                            20.83
   01141 - Messenger Courier                                     13.82
   01191 - Order Clerk I                                         14.26
   01192 - Order Clerk II                                        15.55
   01261 - Personnel Assistant (Employment) I                    15.99
   01262 - Personnel Assistant (Employment) II                   17.89
   01263 - Personnel Assistant (Employment) III                  19.94
   01270 - Production Control Clerk                              22.72
   01290 - Rental Clerk                                          13.64
   01300 - Scheduler Maintenance                                 16.70
   01311 - Secretary I                                           16.70
   01312 - Secretary II                                          18.69
   01313 - Secretary III                                         20.83
```

```
01320 - Service Order Dispatcher                        16.54
01410 - Supply Technician                               24.54
01420 - Survey Worker                                   15.43
01460 - Switchboard Operator/Receptionist               13.84
01531 - Travel Clerk I                                  14.20
01532 - Travel Clerk II                                 15.42
01533 - Travel Clerk III                                16.58
01611 - Word Processor I                                13.73
01612 - Word Processor II                               15.42
01613 - Word Processor III                              17.25
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             18.96
05010 - Automotive  Electrician                         17.37
05040 - Automotive Glass Installer                      16.21
05070 - Automotive Worker                               16.21
05110 - Mobile Equipment Servicer                       13.97
05130 - Motor Equipment Metal Mechanic                  18.51
05160 - Motor Equipment Metal Worker                    16.21
05190 - Motor Vehicle Mechanic                          18.51
05220 - Motor Vehicle Mechanic Helper                   12.85
05250 - Motor Vehicle Upholstery Worker                 15.11
05280 - Motor Vehicle Wrecker                           16.21
05310 - Painter Automotive                              17.37
05340 - Radiator Repair Specialist                      16.21
05370 - Tire Repairer                                   12.15
05400 - Transmission Repair Specialist                  18.51
07000 - Food Preparation And Service Occupations
07010 - Baker                                           12.77
07041 - Cook I                                          12.67
07042 - Cook II                                         14.71
07070 - Dishwasher                                      10.47
07130 - Food Service Worker                             11.75
07210 - Meat Cutter                                     18.13
07260 - Waiter/Waitress                                 10.89
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     18.75
09040 - Furniture Handler                               10.93
09080 - Furniture Refinisher                            17.97
09090 - Furniture Refinisher Helper                     13.29
09110 - Furniture Repairer Minor                        15.63
09130 - Upholsterer                                     19.02
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                                12.43
11060 - Elevator Operator                               11.35
11090 - Gardener                                        17.60
11122 - Housekeeping Aide                               11.35
11150 - Janitor                                         11.35
11210 - Laborer Grounds Maintenance                     13.31
11240 - Maid or Houseman                                10.57
11260 - Pruner                                          11.82
11270 - Tractor Operator                                16.19
11330 - Trail Maintenance Worker                        13.31
11360 - Window Cleaner                                  12.78
12000 - Health Occupations
12010 - Ambulance Driver                                15.80
12011 - Breath Alcohol Technician                       19.23
12012 - Certified Occupational Therapist Assistant      30.45
12015 - Certified Physical Therapist Assistant          29.71
12020 - Dental Assistant                                19.78
12025 - Dental Hygienist                                33.12
12030 - EKG Technician                                  24.46
12035 - Electroneurodiagnostic Technologist             24.46
12040 - Emergency Medical Technician                    15.80
12071 - Licensed Practical Nurse I                      17.19
12072 - Licensed Practical Nurse II                     19.23
```

```
   12073 - Licensed Practical Nurse III                           21.44
   12100 - Medical Assistant                                      15.66
   12130 - Medical Laboratory Technician                          22.91
   12160 - Medical Record Clerk                                   15.57
   12190 - Medical Record Technician                              17.42
   12195 - Medical Transcriptionist                               17.76
   12210 - Nuclear Medicine Technologist                          36.18
   12221 - Nursing Assistant I                                    11.48
   12222 - Nursing Assistant II                                   12.91
   12223 - Nursing Assistant III                                  14.08
   12224 - Nursing Assistant IV                                   15.81
   12235 - Optical Dispenser                                      20.08
   12236 - Optical Technician                                     16.87
   12250 - Pharmacy Technician                                    15.98
   12280 - Phlebotomist                                           16.05
   12305 - Radiologic Technologist                                27.20
   12311 - Registered Nurse I                                     24.55
   12312 - Registered Nurse II                                    30.04
   12313 - Registered Nurse II Specialist                         30.04
   12314 - Registered Nurse III                                   36.34
   12315 - Registered Nurse III Anesthetist                       36.34
   12316 - Registered Nurse IV                                    43.56
   12317 - Scheduler (Drug and Alcohol Testing)                   23.82
   12320 - Substance Abuse Treatment Counselor                    20.97
13000 - Information And Arts Occupations
   13011 - Exhibits Specialist I                                  21.09
   13012 - Exhibits Specialist II                                 26.12
   13013 - Exhibits Specialist III                                31.95
   13041 - Illustrator I                                          18.79
   13042 - Illustrator II                                         23.29
   13043 - Illustrator III                                        28.49
   13047 - Librarian                                              28.93
   13050 - Library Aide/Clerk                                     13.74
   13054 - Library Information Technology Systems                 26.12
   Administrator
   13058 - Library Technician                                     18.90
   13061 - Media Specialist I                                     18.85
   13062 - Media Specialist II                                    21.09
   13063 - Media Specialist III                                   23.51
   13071 - Photographer I                                         14.92
   13072 - Photographer II                                        17.18
   13073 - Photographer III                                       20.68
   13074 - Photographer IV                                        25.30
   13075 - Photographer V                                         30.60
   13090 - Technical Order Library Clerk                          17.26
   13110 - Video Teleconference Technician                        19.04
14000 - Information Technology Occupations
   14041 - Computer Operator I                                    16.99
   14042 - Computer Operator II                                   19.02
   14043 - Computer Operator III                                  21.21
   14044 - Computer Operator IV                                   23.56
   14045 - Computer Operator V                                    26.09
   14071 - Computer Programmer I                   (see 1)        24.20
   14072 - Computer Programmer II                  (see 1)
   14073 - Computer Programmer III                 (see 1)
   14074 - Computer Programmer IV                  (see 1)
   14101 - Computer Systems Analyst I              (see 1)
   14102 - Computer Systems Analyst II             (see 1)
   14103 - Computer Systems Analyst III            (see 1)
   14150 - Peripheral Equipment Operator                          16.99
   14160 - Personal Computer Support Technician                   23.56
   14170 - System Support Specialist                              31.52
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)        30.11
   15020 - Aircrew Training Devices Instructor (Rated)            36.43
```

```
15030 - Air Crew Training Devices Instructor (Pilot)           43.57
15050 - Computer Based Training Specialist / Instructor        28.19
15060 - Educational Technologist                               30.86
15070 - Flight Instructor (Pilot)                              43.57
15080 - Graphic Artist                                         22.77
15085 - Maintenance Test Pilot Fixed Jet/Prop                  41.93
15086 - Maintenance Test Pilot Rotary Wing                     41.93
15088 - Non-Maintenance Test/Co-Pilot                          41.93
15090 - Technical Instructor                                   22.58
15095 - Technical Instructor/Course Developer                  27.62
15110 - Test Proctor                                           18.22
15120 - Tutor                                                  18.22
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                           10.04
   16030 - Counter Attendant                                   10.04
   16040 - Dry Cleaner                                         12.82
   16070 - Finisher Flatwork Machine                           10.04
   16090 - Presser Hand                                        10.04
   16110 - Presser Machine Drycleaning                         10.04
   16130 - Presser Machine Shirts                              10.04
   16160 - Presser Machine Wearing Apparel Laundry             10.04
   16190 - Sewing Machine Operator                             13.67
   16220 - Tailor                                              14.50
   16250 - Washer Machine                                      10.94
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                   17.51
   19040 - Tool And Die Maker                                  22.08
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                   19.06
   21030 - Material Coordinator                                22.72
   21040 - Material Expediter                                  22.72
   21050 - Material Handling Laborer                           13.32
   21071 - Order Filler                                        12.72
   21080 - Production Line Worker (Food Processing)            18.28
   21110 - Shipping Packer                                     15.84
   21130 - Shipping/Receiving Clerk                            15.84
   21140 - Store Worker I                                      11.16
   21150 - Stock Clerk                                         15.98
   21210 - Tools And Parts Attendant                           19.06
   21410 - Warehouse Specialist                                19.06
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                         28.55
   23019 - Aircraft Logs and Records Technician                21.98
   23021 - Aircraft Mechanic I                                 26.93
   23022 - Aircraft Mechanic II                                28.55
   23023 - Aircraft Mechanic III                               30.21
   23040 - Aircraft Mechanic Helper                            18.70
   23050 - Aircraft Painter                                    25.27
   23060 - Aircraft Servicer                                   21.98
   23070 - Aircraft Survival Flight Equipment Technician       25.27
   23080 - Aircraft Worker                                     23.59
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic      23.59
   I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic      26.93
   II
   23110 - Appliance Mechanic                                  18.66
   23120 - Bicycle Repairer                                    17.12
   23125 - Cable Splicer                                       31.20
   23130 - Carpenter Maintenance                               18.86
   23140 - Carpet Layer                                        19.87
   23160 - Electrician Maintenance                             22.34
   23181 - Electronics Technician Maintenance I                24.08
   23182 - Electronics Technician Maintenance II               25.81
   23183 - Electronics Technician Maintenance III              27.51
   23260 - Fabric Worker                                       18.52
```

```
23290 - Fire Alarm System Mechanic                      21.42
23310 - Fire Extinguisher Repairer                      17.12
23311 - Fuel Distribution System Mechanic               25.02
23312 - Fuel Distribution System Operator               18.88
23370 - General Maintenance Worker                      17.58
23380 - Ground Support Equipment Mechanic               26.93
23381 - Ground Support Equipment Servicer               21.98
23382 - Ground Support Equipment Worker                 23.59
23391 - Gunsmith I                                      17.12
23392 - Gunsmith II                                     19.87
23393 - Gunsmith III                                    22.63
23410 - Heating Ventilation And Air-Conditioning        20.85
Mechanic
23411 - Heating Ventilation And Air Contidioning        22.10
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                        24.48
23440 - Heavy Equipment Operator                        20.02
23460 - Instrument Mechanic                             26.94
23465 - Laboratory/Shelter Mechanic                     21.29
23470 - Laborer                                         13.32
23510 - Locksmith                                       17.91
23530 - Machinery Maintenance Mechanic                  26.63
23550 - Machinist Maintenance                           20.97
23580 - Maintenance Trades Helper                       14.06
23591 - Metrology Technician I                          26.94
23592 - Metrology Technician II                         28.56
23593 - Metrology Technician III                        30.22
23640 - Millwright                                      27.00
23710 - Office Appliance Repairer                       21.11
23760 - Painter Maintenance                             17.08
23790 - Pipefitter Maintenance                          22.76
23810 - Plumber Maintenance                             21.36
23820 - Pneudraulic Systems Mechanic                    22.69
23850 - Rigger                                          26.81
23870 - Scale Mechanic                                  19.87
23890 - Sheet-Metal Worker Maintenance                  22.58
23910 - Small Engine Mechanic                           18.78
23931 - Telecommunications Mechanic I                   29.84
23932 - Telecommunications Mechanic II                  31.63
23950 - Telephone Lineman                               21.89
23960 - Welder Combination Maintenance                  19.55
23965 - Well Driller                                    22.02
23970 - Woodcraft Worker                                22.69
23980 - Woodworker                                      17.12
24000 - Personal Needs Occupations
24550 - Case Manager                                    16.35
24570 - Child Care Attendant                            11.79
24580 - Child Care Center Clerk                         14.71
24610 - Chore Aide                                      11.46
24620 - Family Readiness And Support Services           16.35
Coordinator
24630 - Homemaker                                       19.49
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                   30.03
25040 - Sewage Plant Operator                           29.15
25070 - Stationary Engineer                             30.03
25190 - Ventilation Equipment Tender                    20.85
25210 - Water Treatment Plant Operator                  29.15
27000 - Protective Service Occupations
27004 - Alarm Monitor                                   18.01
27007 - Baggage Inspector                               11.64
27008 - Corrections Officer                             20.91
27010 - Court Security Officer                          21.65
27030 - Detection Dog Handler                           13.68
27040 - Detention Officer                               20.91
```

```
27070 - Firefighter                                              19.43
27101 - Guard I                                                  11.64
27102 - Guard II                                                 13.68
27131 - Police Officer I                                         24.09
27132 - Police Officer II                                        26.76
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                              12.88
28042 - Carnival Equipment Repairer                              14.00
28043 - Carnival Worker                                           9.41
28210 - Gate Attendant/Gate Tender                               15.40
28310 - Lifeguard                                                11.29
28350 - Park Attendant (Aide)                                    17.24
28510 - Recreation Aide/Health Facility Attendant                12.58
28515 - Recreation Specialist                                    21.35
28630 - Sports Official                                          13.72
28690 - Swimming Pool Operator                                   16.25
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                       23.60
29020 - Hatch Tender                                             23.60
29030 - Line Handler                                             23.60
29041 - Stevedore I                                              21.99
29042 - Stevedore II                                             25.28
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    39.89
30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.50
30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.29
30021 - Archeological Technician I                               16.46
30022 - Archeological Technician II                              18.41
30023 - Archeological Technician III                             22.82
30030 - Cartographic Technician                                  22.82
30040 - Civil Engineering Technician                             23.80
30051 - Cryogenic Technician I                                   25.27
30052 - Cryogenic Technician II                                  27.92
30061 - Drafter/CAD Operator I                                   16.46
30062 - Drafter/CAD Operator II                                  18.41
30063 - Drafter/CAD Operator III                                 20.54
30064 - Drafter/CAD Operator IV                                  25.27
30081 - Engineering Technician I                                 15.47
30082 - Engineering Technician II                                17.80
30083 - Engineering Technician III                               20.34
30084 - Engineering Technician IV                                24.67
30085 - Engineering Technician V                                 30.19
30086 - Engineering Technician VI                                36.52
30090 - Environmental Technician                                 21.21
30095 - Evidence Control Specialist                              21.84
30210 - Laboratory Technician                                    25.87
30221 - Latent Fingerprint Technician I                          24.41
30222 - Latent Fingerprint Technician II                         26.96
30240 - Mathematical Technician                                  24.40
30361 - Paralegal/Legal Assistant I                              18.17
30362 - Paralegal/Legal Assistant II                             22.79
30363 - Paralegal/Legal Assistant III                            27.87
30364 - Paralegal/Legal Assistant IV                             33.75
30375 - Petroleum Supply Specialist                              26.72
30390 - Photo-Optics Technician                                  22.82
30395 - Radiation Control Technician                             26.72
30461 - Technical Writer I                                       25.35
30462 - Technical Writer II                                      31.02
30463 - Technical Writer III                                     37.53
30491 - Unexploded Ordnance (UXO) Technician I                   25.35
30492 - Unexploded Ordnance (UXO) Technician II                  30.67
30493 - Unexploded Ordnance (UXO) Technician III                 36.76
30494 - Unexploded (UXO) Safety Escort                           25.35
30495 - Unexploded (UXO) Sweep Personnel                         25.35
30501 - Weather Forecaster I                                     25.27
```

```
    30502 - Weather Forecaster II                                    30.74
    30620 - Weather Observer Combined Upper Air Or    (see 2)        20.54
Surface Programs
    30621 - Weather Observer Senior                   (see 2)        22.82
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                           30.67
    31020 - Bus Aide                                                 13.82
    31030 - Bus Driver                                               18.11
    31043 - Driver Courier                                           15.50
    31260 - Parking and Lot Attendant                                10.73
    31290 - Shuttle Bus Driver                                       16.85
    31310 - Taxi Driver                                              12.45
    31361 - Truckdriver Light                                        16.85
    31362 - Truckdriver Medium                                       18.23
    31363 - Truckdriver Heavy                                        20.44
    31364 - Truckdriver Tractor-Trailer                              20.44
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                                  14.95
    99030 - Cashier                                                  10.45
    99050 - Desk Clerk                                               11.20
    99095 - Embalmer                                                 27.83
    99130 - Flight Follower                                          25.35
    99251 - Laboratory Animal Caretaker I                            13.71
    99252 - Laboratory Animal Caretaker II                           14.89
    99260 - Marketing Analyst                                        28.38
    99310 - Mortician                                                27.83
    99410 - Pest Controller                                          17.02
    99510 - Photofinishing Worker                                    14.18
    99710 - Recycling Laborer                                        20.32
    99711 - Recycling Specialist                                     25.18
    99730 - Refuse Collector                                         18.02
    99810 - Sales Clerk                                              12.62
    99820 - School Crossing Guard                                    11.48
    99830 - Survey Party Chief                                       24.84
    99831 - Surveying Aide                                           14.07
    99832 - Surveying Technician                                     19.28
    99840 - Vending Machine Attendant                                11.62
    99841 - Vending Machine Repairer                                 14.63
    99842 - Vending Machine Repairer Helper                          11.62
```

---

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.54 per hour up to 40 hours per week or $181.60 per week or $786.93 per month

HEALTH & WELFARE EO 13706: $4.22 per hour up to 40 hours per week or $168.80 per week or $731.47 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

    (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **


An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.


A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:


The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage

determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. *(if applicable)* | |
| P00021 | See Block 16C | | | | |
| 6. ISSUED BY                    CODE | 70CDCR | 7. ADMINISTERED BY *(If other than Item 6)*          CODE | | ICE/DCR | |

| 6. ISSUED BY | 7. ADMINISTERED BY *(If other than Item 6)* |
|---|---|
| DETENTION COMPLIANCE AND REMOVALS<br>U.S. Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I ST NW, RM ▇<br>WASHINGTON DC 20536 | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▇<br>Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED *(SEE ITEM 13)* |
| CODE    6275735610000        FACILITY CODE | | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods  (a) By completing Items 8 and 15, and returning _____ copies of the amendment  (b) By acknowledging receipt of this amendment on each copy of the offer submitted , or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14. PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D. OTHER *(Specify type of modification and authority)* |
| X | IAW IGSA DROIGSA-C9-0038 |

E. IMPORTANT:    Contractor    ☐ is not    ☒ is required to sign this document and return _____    1    copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
DUNS Number:   627573561
Contracting Officer's Representative: ▇▇▇▇ ▇ice.dhs.gov
Contracting Officer: ▇▇▇▇▇▇ hs.gov
County POC: ▇▇▇▇▇▇▇ ▇akerso.com

This modification accomplishes the following:

1) Incorporates Wage Determination 2015-4539, Revision 12, Dated 12/21/2020 with an effective date of 6/1/2021.
2) Update the Rates for CLIN 0001, Detention Bed Days, CLIN 0002, Escort Transport Hours, and CLIN 0003, Escort Transport OT Hours. These rates are updated at the Line Items below.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A. as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | | |
|---|---|---|---|---|
| Finance Director | | TEL:  202-732▇ | EMAIL: ▇ | ▇ICE.DHS.GOV |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | | 16C. DATE SIGNED |
| ▇n | 10/4/2021 | *(Signature of Contracting Officer)* | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00021 | | | | | PAGE<br>2 | OF<br>3 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 3) Create CLIN 0001a, Facility Usage Fee. This is<br>a Fixed Price CLIN to be paid on a month-to-month<br>basis when, and only when, the facility houses<br>ICE detainees in a calendar month. This CLIN is<br>only applicable when the facility is in use by<br>ICE and will not apply if the Task Order or<br>agreement is canceled or terminated.<br><br>All updated rates are effective as of 6/1/2021.<br>All other terms and conditions remain the same.<br>Period of Performance: 08/03/2009 to 05/31/2026<br><br>Change Item 0001 to read as follows(amount shown<br>is the total amount): | | | | |
| 0001 | Detention Services CLIN<br><br>Bed Day Rate of ▮▮▮ per bed (all population<br>levels)<br>Obligated Amount: ▮▮▮<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br><br>Add Item 0001a as follows: | | | | ▮▮▮ |
| 0001a | Facility Usage Fee<br>Monthly Fixed Price Fee of ▮▮▮<br>Applicable on a month-to-month basis and only<br>when facility is in use<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br><br>Change Item 0002 to read as follows(amount shown<br>is the total amount): | | | | |
| 0002 | Escort Transport at ▮▮▮ hour<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br><br>Change Item 0003 to read as follows(amount shown<br>is the total amount): | | | | |
| 0003 | Escort Transport Overtime Rate at ▮▮▮/hour<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED DROIGSA-09-0038/P00021 | | | | PAGE 3 | OF 3 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| P00022 | See Block 16C | | | | |
| 6. ISSUED BY                         CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6)          CODE | | ICE/DCR | |

| 6. ISSUED BY |
|---|
| DETENTION COMPLIANCE AND REMOVALS<br>U.S. Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I ST NW, RM ▮<br>WASHINGTON DC 20536 |

| 7. ADMINISTERED BY |
|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▮<br>Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | (x) | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    6275735610000        FACILITY CODE | | 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | IAW IGSA DROIGSA-09-0038 |

E. IMPORTANT:    Contractor ☐ is not. ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:    627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮▮▮▮ ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮▮▮ ice.dhs.gov
County POC: ▮▮▮▮▮▮ akerso.com

The purpose of this modification is to implement Executive Order 14042 Ensuring Adequate COVID Safety Protocols for Federal Contractors

This requirement shall be applicable to all subcontractors/ teaming partners, if any, and all active and future orders

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| ▮▮▮▮  Director of Finance | TEL: 202-73▮ | EMAI▮ ▮▮▮ICE.DHS.GOV |
| 15B. CONTRACTOR/OFFEROR ▮▮▮▮▮▮▮ | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | 11/5/2021 | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00022 | | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors. (OCT 2021) (DEVIATION)<br>(a) Definition. As used in this clause –<br>United States or its outlying areas means—<br>    (1) The fifty States;<br>    (2) The District of Columbia;<br>    (3) The commonwealths of Puerto Rico and the Northern Mariana Islands;<br>    (4) The territories of American Samoa, Guam, and the United States Virgin Islands; and<br>    (5) The minor outlying islands of Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Islands, Navassa Island, Palmyra Atoll, and Wake Atoll.<br><br>(b) Authority. This clause implements Executive Order 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, dated September 9, 2021 (published in the Federal Register on September 14, 2021, 86 FR 50985).<br><br>(c) Compliance. The Contractor shall comply with all guidance, including guidance conveyed through Frequently Asked Questions, as amended during the performance of this contract, for contractor workplace locations published by the Safer Federal Workforce Task Force (Task Force Guidance) at https://www.saferfederalworkforce.gov/contractors/<br><br>(d) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts at any tier that exceed the simplified acquisition threshold, as defined in Federal Acquisition Regulation 2.101 on the date of subcontract award, and are for services, including construction, performed in whole or in part within the United States or its outlying areas.<br>(End of clause)<br>Period of Performance: 08/03/2009 to 05/31/2026 | | | | |

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110