# Exhibit 2

August 17, 2022

**(via email at bsnow@bakerso.com and U.S. Postal Service)**
Sheriff Scotty Rhoden
Baker County Sheriff's Office
1 Sheriff's Office Drive
Macclenny, FL 32603

**RE: Public Records Request**

To Whom It May Concern,

Pursuant to the Florida Public Records Law, Chapter 119, Florida Statutes, the American Civil Liberties Union of Florida, Inc. ("ACLU of FL") hereby requests records concerning the **Baker County Detention Center ("Baker")**. This request is limited to detainees held at **Baker** pursuant to the Intergovernmental Service Agreement ("IGSA") between Baker County Sheriff's Office ("BCSO") and U.S. Immigration and Customs Enforcement ("ICE"). Please note that you have an obligation not only to produce but to preserve all requested public records. We welcome the opportunity to answer any questions you might have about this request in order to better facilitate the production of public records.



4343 W. Flagler Street
Suite 400
Miami, Florida 33134
(786) 363-1082
aclufl.org

Janine Lopez
*Staff Attorney*

## PUBLIC RECORDS REQUESTED

We request that you produce the following information and copies of the following materials created from January 1, 2022 through the present unless a different date range is specified in the requests below:

(1) All records regarding staffing at Baker since January 1, 2022, including:
   a. A list of all individuals currently working at Baker;
   b. Staffing reports, charts, matrixes, plans, and proposals;
   c. Disaggregated records regarding staffing of security/correctional positions, medical and mental health positions, maintenance positions, and other positions;
   d. Records regarding vacant positions and the duration of any such vacancies;
   e. Records regarding the number of employees whose employment ended, including those who quit, were fired, were let go, and/or failed to complete any required probationary period;
   f. Records regarding the number of hours worked by medical staff at Baker each month.

(2) An organizational chart or documents identifying the management structure at Baker.

(3) All internal policies, protocols, guidelines, and standard operating procedures governing the day-to-day management of Baker pursuant to the IGSA between BCSO and ICE.

(4) All surveillance video footage captured at Baker on the following dates:
   a. December 21, 2021
   b. January 10, 2022
   c. January 24, 2022
   d. January 26-February 2, 2022
   e. May 9-13, 2022
   f. May 27, 2022
   g. June 15, 2022

(5) All contracts and subcontracts with vendors and independent contractors working at Baker and with detained individuals.

(6) Information regarding Baker's 2021-2022 annual budget.

(7) Confirmation that BCSO is preserving all records, including video footage, pursuant to the directives of Fla. Stat. Ann. § 119.01. If BCSO is not adhering to this directive, please provide information as to the length of time you are currently preserving all records, including video footage.

(8) All records regarding internal complaints or grievances submitted by individuals detained at Baker, including but not limited to:
   a. Any logs documenting such complaints or grievances;
   b. Any records documenting whether Baker or ICE responded to such complaints or grievances, and if so the time frame for the response;
   c. Any correspondence, including emails, notes, circulars, and memoranda, regarding such complaints or grievances;
   d. Any records regarding any investigation conducted by Baker or ICE into such complaints or grievances;
   e. Any records pertaining to complaints of misconduct by a Baker employee or contractor, as well as any investigation into such complaints;
   f. Any records pertaining to complaints of misconduct by an ICE employee, as well as any investigation into such complaints.

(9) All internal policies, protocols, guidelines, and standard operating procedures regarding the documentation of verbal complaints or grievances made by individuals detained at Baker.

(10) All records of employee discipline arising from the care, custody, or treatment of individuals detained at Baker.

(11) All policies, protocols, guidelines, and standard operating procedures relating to the training of staff at Baker regarding the care of individuals detained pursuant to the IGSA between BCSO and ICE.

(12) All logbooks, policies, and correspondence, including emails, notes, circulars, and memoranda, regarding the use of solitary confinement at Baker.

(13) All records regarding use-of-force incidents involving individuals detained pursuant to the IGSA between BCSO and ICE.

(14) All logbooks, records, correspondence, including emails, notes, circulars, and memoranda, and documents, including digital and hard copy documents, regarding any suicide attempts or attempts to self-harm by an individual detained at Baker.

(15) All logbooks, policies, and correspondence, including emails, notes, circulars, and memoranda, regarding any discussion, tracking, or employee response to protests or hunger strikes of individuals detained at Baker.

(16) All logbooks, policies, and correspondence, including emails, notes, circulars, and memoranda, regarding any lockdowns of housing units or individuals detained at Baker.

(17) All logbooks, policies, and correspondence, including emails, notes, circulars, and memoranda, regarding any denial of drinking water for any length of time to individuals detained at Baker.



(18) All policies, procedures, guidelines, and manuals pertaining to medical care and medical staff and/or contractors at Baker, including but not limited to all policies concerning the provision of prescription medication, initial medical screenings, and responses to medical requests.

(19) All agreements, contracts, and amendments thereto for any and all medical staff, contractors, and personnel hired by or contracting with Baker, BCSO, or ICE.

(20) All policies, procedures, guidelines, and manuals pertaining to the availability of medical care for detained individuals at facilities outside of Baker, including but not limited to surgeries, X-ray imaging, urgent care, and other additional care.

(21) All policies, procedures, guidelines, and manuals regarding sanitation and the maintenance of living quarters at Baker, including but not limited to any sanitation schedule.

(22) All records of the following at Baker from January 1, 2022 to the present:
  a. Inoperable and/or malfunctioning sinks, toilets, showers, and faucets in housing units, including but not limited to a lack of hot or cold water;
  b. Cell doors failing to unlock automatically or open remotely in housing units;
  c. Inoperable and/or malfunctioning call buttons in cells in housing units;
  d. Inoperable and/or malfunctioning kiosks in housing units;
  e. Any and all testing of samples of drinking and/or wastewater, and any related testing and safety certification(s);
  f. Any insect and/or rodent infestation;
  g. The use of coolers containing ice and/or water in housing units, including but not limited to the frequency with which such coolers are cleaned and refilled;
  h. All commissary purchases of water, other beverages, and food items;
  i. All commissary purchases of personal hygiene items, including sanitary napkins, toothbrushes, and soap;
  j. Maintenance issues in the kitchen, including but not limited to inoperable and/or malfunctioning heat and leaky faucets.

(23) All work orders at Baker for facility maintenance and/or repairs that were submitted, pending, and/or completed, including but not limited to work orders regarding plumbing issues, faucets, sinks, showers, toilets, vent systems, heating, cooling, and mold.

(24) All policies, procedures, guidelines, and manuals regarding access to attorney-client communication for individuals detained at Baker.

(25) All policies, procedures, guidelines, and manuals regarding in-person visitation by legal representatives at Baker, including the scheduling and facilitation of legal visitation.

(26) All records relating to the food served to individuals detained at Baker, including but not limited to records documenting dietician review of meal plans.

(27) The Baker detainee handbook that was in effect as of January 1, 2022, as well as any modifications, updates, supplements, or other

versions of such handbook from that date through the date of processing of this request.

### INFORMATION ABOUT THE REQUEST

**Acknowledgement:** *As required by law, please acknowledge that you have received this public records request and provide an estimated timeframe in which you believe that you will be able to provide the requested information. See* § 119.07(1)(c), Fla. Stat. ("A custodian of public records and his or her designee must acknowledge requests to inspect or copy records promptly and respond to such requests in good faith").



**Costs**: The ACLU of Florida is a non-profit tax-exempt organization dedicated to the protection of civil liberties and constitutional rights of all people. The ACLU serves an important public education function, regularly disseminating information of interest to the public through newsletters, news briefings, right-to- know brochures, and other public education materials. The disclosure of the requested information will "promote public awareness and knowledge of governmental actions in order to ensure that governmental officials and agencies remain accountable to the people." *Forsberg v. Housing Authority of the City of Miami Beach*, 455 So.2d 373, 378 (Fla. 1984). **Therefore, we request that you produce the requested records free of charge**. However, if you are unable to do so, the ACLU will reimburse you for the reasonable costs associated with fulfilling this request, if your office has a policy of requiring the payment of a copying charge for such records. The fees and costs you may charge are governed by Section 119.07(4), Fla. Stat. If you challenge our entitlement to a waiver of fees and anticipate that the total costs associated with fulfilling this request will exceed $100, please contact me promptly with an estimate of the likely cost before any charges are incurred.

**Justify Exemptions**: If you are unable or refuse to provide part or all of the requested public information, please explain in writing and with particularity the reasons for not providing the requested public information in its entirety, as required by Section 119.07(1)(f), Fla. Stat. If any exemption that you assert applies to only a portion of the records (as opposed to the entire record), please redact the portion you claim is exempt, provide copies of the remainder of the record or records, and detail your reasons for the modification as required by Section I19.07(1)(d-e), Fla. Stat.

**Entire Records:** We request that you produce responsive materials in their entirety, including all attachments, appendices, enclosures and/or exhibits. To the extent that a response to this request would require you to provide multiple copies of identical material, the request is limited so that only one copy of the identical material is requested.



**Record Format**: If any of the requested records are maintained in a common-format electronic-medium, please provide these records in such native electronic medium and not in paper form. *See* § 119.083(5), Fla. Stat. ("An agency must provide a copy of the record in the medium requested if the agency maintains the record in that medium"). For purposes of this request, common electronic formats include (1) American Standard Code for Information Interchange ("ASCII"), (2) files formatted in one of the Microsoft Office Suite, Corel Suite, OpenOffice Suite, or IBM's Lotus Suite applications (.doc, .xis, .ppt, .mdb, .wpd, etc.), (3) a text file (.txt), (4) hypertext markup language (.html) or similar web page language, or (5) common media file formats, including mp3, mp4, wma, wav. These common formats are the preferred electronic mediums for production. However, if any of the requested records are only maintained or only can be produced as electronic images, for example a portable document format (.pdf), (n.b., it is possible to print documents into a PDF format either by using Acrobat Professional or a free PDF driver like cutePDF.com), then as an alternative, we request an electronic-image format, preferably PDF. *See* § 119.01(2), Fla. Stat.

**Preservation:** **Section 119.07(1)(h-i), Fla. Stat., prohibits the destruction of any of the requested records, including any which you may claim are exempt, for a period after the date on which you receive this written request.** If we institute a civil action to enforce the Florida Public Records Law with respect to the requested records, you may not dispose of the records except by court order after notice to all affected parties.

Please furnish all responsive records to:

>  Janine Lopez
>  jlopez@aclufl.org
>  4343 W. Flagler Street, Suite 400
>  Miami, FL 33134

If you have any questions regarding the processing of this request, please contact Janine Lopez at jlopez@aclufl.org.


Sincerely,

*Janine Lopez*

Janine Lopez
Staff Attorney
jlopez@aclufl.org