# Exhibit 3

**SENT VIA EMAIL**: Haylean.R.Bailey@ice.dhs.gov

August 16, 2022

SDDO Haylean Bailey
ICE/ERO Baker County Facility
1 Sheriff's Office Drive
Macclenny, FL 32603

      **RE:**    **Request to Conduct Know Your Rights Presentations Baker County Jail**

Dear SDDO Bailey,

      We write behalf of Florida State University Farmworker & Immigration Rights Clinic, the University of Florida Immigration Clinic, the University of Miami Immigration Clinic, and the American Civil Liberties Union of Florida to schedule Know your Rights presentations for detained individuals, followed by individual interviews, at the Baker County Detention Center. If granted access, we will adhere to all security, orderly operation, and COVID protocols required by the Baker County Detention Center. We are requesting access for three groups of law students and supervising attorneys on three separate dates. We have included the requested dates, the anticipated number of law students, and the names of the respective supervising attorneys below:

| Date | Law Students in Attendance | Clinic Director/Attorney in Attendance |
|---|---|---|
| Friday, September 9, 2022 | Nine (9) | Ashley Hamill (Cell) 850-841-9925 ahamill@law.fsu.edu <br><br> Katie Blankenship 786-363-1871 Kblankenship@aclufl.org <br><br> Janine Lopez 786.363.2707 Jlopez@aclufl.org |
| Friday, September 30, 2022 | Eight (8) to Ten (10) | Rebecca Sharpless (Cell) 305-798-5604 rsharpless@law.miami.edu |
| Friday, October 14, 2022 | Eight (8) | Juan Caballero (Cell) 813-943-2009 caballero@law.ufl.edu |

      The proposed start time for all three presentations is 8:30 AM and we anticipate that the presentations and meetings will last until approximately 5 PM. We plan to be at the detention center all day, with a short break for lunch. Everyone included in this request is either an

attorney, legal assistant, legal representative (i.e. law students), or an interpreter. Supervising attorneys from the respective law schools will be present during the presentation.

All three groups of law students and attorneys will present on the rights of detained individuals in immigration court and how to defend against deportation. The presentations will take place in the living units in English and Spanish. Following the group presentations, we will meet with individuals one-on-one. These one-on-one conversations between attorneys, legal representatives, and potential clients are privileged. To this end, we request that space be made available in the law library as well as the pods following the Know Your Rights Presentations where we can speak with individuals privately. Correctional and ICE officers should not be in positions to listen to or overhear these privileged conversations.

Please find the following documents attached to this request:

1. A one-page poster in compliance with section 6.4, II (C) "Detainee Notification and Attendance" of the National Detention Standards (2019). Please place this poster in all living pods at the jail, for both men and women.
2. A set of written materials complying with section 6.4 II (F) "Written Materials" of the National Detention Standards (2019)

Thank you in advance for assisting with this request. Please feel free to contact Juan Caballero at 813-943-2009 or caballero@law.ufl.edu if you have any questions.

Respectfully,


Juan Caballero
caballero@law.ufl.edu

Ashley Hamill
ahamill@law.fsu.edu

Rebecca Sharpless
rsharpless@law.miami.edu


Katie Blakenship
Kblakenship@aclufl.org

  

*Do you want independent information about your rights under immigration law?*

Immigration law clinics of Florida State University, University of Florida, and the University of Miami School of Law, non-profit organizations, will present Know Your Rights Presentations on the following dates:
**Friday, September 9, 2022**
**Friday, September 30, 2022**
**Friday, October 14, 2022**
Presentations will take place at the Baker County Detention Center. Attorneys and students will be available to talk about your rights in immigration court and how to defend against deportation following the presentations. Please bring all documents related to your immigration case.

---

**¿Desea obtener información independiente sobre sus derechos bajo la ley de inmigración?**

Las Clinicas de Inmigración de las Escuelas de Derecho de Florida State University, University of Florida, y University of Miami, organizaciónes sin fines de lucro, ofrecerán presentaciones para Conozer Sus Derechos las siguientes fechas:
**Viernes, 9 de septiembre 2022**
**Viernes, 30 de septiembre 2022**
**Viernes, 14 de octubre 2022**
Las presentaciones tomaran lugar en el Centro de Detención de Baker County. Los abogados y los estudiantes estarán disponibles para hablar sobre sus derechos en la corte de inmigración y cómo defenderse contra la deportación después de las presentaciones. Por favor traiga todos sus documentos relacionados a su caso de inmigración.

---

*Eske w ta renmen gen enfòmasyon endepandan sou dwa wou nan sa ki gen a wè ak la lwa sou imigrasyon?*

Klinik ki okipe zafè imigrasyon nan Inivesite Deta Florida, Inivèsite Florida, ak Fakilte de Dwa nan  Inivèsite Miami, òganizasyon ki pa la pou fè pwofi, ap prezante Dwa Wou ke Wou Dwe Konnen nan dat sila yo:
**Vandredi kap 9 Septanm, 2022**
**Vandredi kap 30 Septanm, 2022**
**Vandredi kap 14 Oktòb, 2022**
Prezantasyon sila yo ap fèt nan Baker County Detention Center. Avoka ak etidyan an dwa ap disponib pou pale ak nou sou dwa ke nou genyen devan tribunal imigrasyon epitou sou kouman pou nou defann tèt nou kont depòtasyon apre prezantasyon yo. Tanpri vini ak tout dokiman ke nou posede ki gen pou wè ak dosye imigrasyon nou.