# Exhibit 4

| | |
|---|---|
| **Subject:** | Know Your Rights Presentation 9-9-2022 |
| **Date:** | Thursday, August 25, 2022 at 11:34:03 AM Eastern Daylight Time |
| **From:** | Tommy A. Richardson |
| **To:** | ahamill@law.fsu.edu, Katie Blankenship, Janine Lopez |
| **CC:** | Bailey, Haylean R, 'Smith, Cardell C', Evelyn Blue, Brad Harvey, Jessica Looby, Randy Crews |
| **Attachments:** | image001.png, image002.png, ICE Stakeholder Visitor Code of Conduct.pdf, ICE Stakeholder Tour Notification Flyer and ICE Sign Up Sheet.pdf, PREA for Volunteers.docx |

This email originated inside of Baker County Sheriff Office.

Good Morning,

You have been approved By ICE/ERO for a KYR Presentation which is currently requested for Friday September 9, 2022. You have also been approved by the BCDC for the date and time allotment requested which is, Friday September 9, 2022 with a time slot of 8:30am-5:00pm. We will need all names and identification of those attending this day which will consist of Clinic Director/Attorney in Attendance (Ashley Hamill) (Katie Blankenship) (Janine Lopez) and (9) Law students in attendance. Please send at your earliest convenience current identification including current Bar ID. Background checks will be conducted by ICE/ERO and you will be notified of any issues. Attached to this email will be all necessary forms for this visit, they will need to be read and filled out by those visiting and emailed back to me. If you have any questions, feel free to reach out to me.

Kindest Regards,
Tommy Richardson



**Tommy A. Richardson**
**Programs Coordinator**
**Chaplain**
**Corrections Division**
**Baker County Sheriff's Office**
**1 Sheriff's Office Drive**
**Office: 904-259-1375**