# Exhibit 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## STAKEHOLDER TOUR/VISIT NOTIFICATION FLYER

Please be advised that: Baker Legal Assistance Program
will be visiting the facility and they may wish to speak with immigration detainees during their time at the facility. The visiting group is not a representative of the U.S. government and the group's visit is <u>not</u> to solicit legal representation. Specific details about the group are below.

Please put your name on the sign up sheet if you wish to speak and meet with the group. **If you do not sign up ahead of time the facility cannot guarantee your ability to meet with the visiting group.**

### Please Note:

- Talking with the visiting group is **voluntary**; no visitor can force you to speak with them if you do not want to, or if you are uncomfortable by any question asked.
- Facility staff may keep a physical presence in the meeting room to maintain safety and security.
- ICE and the facility staff may not retaliate against you for speaking with the group.
- If you are represented by an attorney, you may wish to talk to your attorney before talking to the group.
- The visiting group will provide you with a consent form for your signature prior to any conversation.
- Please let ICE or facility know if you have any additional questions.

### DETAILS ABOUT DETENTION FACILITY VISITORS

1. **Name of organization:** FSU Public Interest Law Center and ACLU of Florida

2. **Brief description of organization or group:** Florida State University College of Law Public Interest Law Center is a student-run law clinic that accepts a limited number of immigration cases from North Florida. The ACLU of Florida advocates for the rights of people in immigration detention.

3. **Purpose of tour or visit:** Present on legal rights and conduct legal screenings.

4. **Issues to be discussed with detainees:** Legal rights in immigration removal proceedings and bond hearings.

5. **Languages spoken by group:** EN, Spanish, French, Haitian Creole, Jamaican Creole

**DATE AND TIME OF VISIT:** Sept. 9, 2022, 8:30-5:00

**LOCATION OF MEETING:** Law library, Pods

ICE Form 71-031 (1/11)                           Page 1 of 2

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## SIGN UP SHEET

**Please include your information below if you would like to meet with the individuals described above who will be touring the facility.**

1. Name: _____ Alien Number *(last three digits only)*: _____
2. Name: _____ Alien Number *(last three digits only)*: _____
3. Name: _____ Alien Number *(last three digits only)*: _____
4. Name: _____ Alien Number *(last three digits only)*: _____
5. Name: _____ Alien Number *(last three digits only)*: _____
6. Name: _____ Alien Number *(last three digits only)*: _____
7. Name: _____ Alien Number *(last three digits only)*: _____
8. Name: _____ Alien Number *(last three digits only)*: _____
9. Name: _____ Alien Number *(last three digits only)*: _____
10. Name: _____ Alien Number *(last three digits only)*: _____
11. Name: _____ Alien Number *(last three digits only)*: _____
12. Name: _____ Alien Number *(last three digits only)*: _____
13. Name: _____ Alien Number *(last three digits only)*: _____
14. Name: _____ Alien Number *(last three digits only)*: _____
15. Name: _____ Alien Number *(last three digits only)*: _____
16. Name: _____ Alien Number *(last three digits only)*: _____
17. Name: _____ Alien Number *(last three digits only)*: _____
18. Name: _____ Alien Number *(last three digits only)*: _____
19. Name: _____ Alien Number *(last three digits only)*: _____
20. Name: _____ Alien Number *(last three digits only)*: _____
21. Name: _____ Alien Number *(last three digits only)*: _____
22. Name: _____ Alien Number *(last three digits only)*: _____
23. Name: _____ Alien Number *(last three digits only)*: _____
24. Name: _____ Alien Number *(last three digits only)*: _____
25. Name: _____ Alien Number *(last three digits only)*: _____
26. Name: _____ Alien Number *(last three digits only)*: _____
27. Name: _____ Alien Number *(last three digits only)*: _____
28. Name: _____ Alien Number *(last three digits only)*: _____
29. Name: _____ Alien Number *(last three digits only)*: _____
30. Name: _____ Alien Number *(last three digits only)*: _____
31. Name: _____ Alien Number *(last three digits only)*: _____
32. Name: _____ Alien Number *(last three digits only)*: _____
33. Name: _____ Alien Number *(last three digits only)*: _____
34. Name: _____ Alien Number *(last three digits only)*: _____
35. Name: _____ Alien Number *(last three digits only)*: _____
36. Name: _____ Alien Number *(last three digits only)*: _____
37. Name: _____ Alien Number *(last three digits only)*: _____
38. Name: _____ Alien Number *(last three digits only)*: _____

If additional space is needed, please attach additional pages to this form.