# Exhibit 7

**Subject:** RE: Know Your Rights Presentation 9-9-2022
**Date:** Thursday, September 8, 2022 at 5:07:38 PM Eastern Daylight Time
**From:** Randy Crews
**To:** Katie Blankenship, Evelyn Blue, Tommy A. Richardson, ahamill@law.fsu.edu, Janine Lopez, caballero@law.ufl.edu, Rebecca Sharpless, Loretta Rowe
**CC:** Bailey, Haylean R, 'Smith, Cardell C', Brad Harvey, Jessica Looby, Garrett J Ripa (Garrett.J.Ripa@ice.dhs.gov), Mikelson, Joel
**Attachments:** image001.png, image002.png, image003.png

This email originated inside of Baker County Sheriff Office.

Katie,

The facility cannot facilitate these visits tomorrow due to the late time of the request, the number of individuals to be visited is to large, and this was not your original purpose for tomorrows visit.
You can call (904-259-3311) or email Loretta Rowe to schedule visits for next week. There are many factors we take into consideration when scheduling visits, space availability, staffing levels and other scheduled visits. Based on space the number per day is limited.



**Randy Crews, Undersheriff**
**Baker County Sheriff's Office**
**Office: 904-259-0238**
**Cell: 904-545-7155**

---

**From:** Katie Blankenship <KBlankenship@aclufl.org>
**Sent:** Thursday, September 8, 2022 4:09 PM
**To:** Randy Crews <rcrews@bakerso.com>; Evelyn Blue <evelyn.blue@Bakerso.com>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu; Rebecca Sharpless <rsharpless@law.miami.edu>; Loretta Rowe <lrowe@bakerso.com>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Garrett J Ripa (Garrett.J.Ripa@ice.dhs.gov) <garrett.j.ripa@ice.dhs.gov>; Mikelson, Joel <joel.mikelson@ice.dhs.gov>
**Subject:** Re: Know Your Rights Presentation 9-9-2022

This email originated outside of Baker County Sheriff Office. Think before you click!!!

Thank you, Officer Mikelson. Ms. Rowe, attached is our list of individuals for attorney visits tomorrow.

Thank you,

**Katie Blankenship | Deputy Legal Director**

*Pronouns: she, her, ella*
American Civil Liberties Union of Florida
4343 West Flagler Street, Suite 400, Miami, FL 33134
Office 786.363.1871 | Cell 615.796.9027 | kblankenship@aclufl.org | www.aclufl.org



---

**From:** Randy Crews <rcrews@bakerso.com>
**Sent:** Thursday, September 8, 2022 2:55 PM
**To:** Katie Blankenship <KBlankenship@aclufl.org>; Evelyn Blue <evelyn.blue@Bakerso.com>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu <ahamill@law.fsu.edu>; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu <caballero@law.ufl.edu>; Rebecca Sharpless <rsharpless@law.miami.edu>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Garrett J Ripa (Garrett.J.Ripa@ice.dhs.gov) <garrett.j.ripa@ice.dhs.gov>; Mikelson, Joel <joel.mikelson@ice.dhs.gov>
**Subject:** RE: Know Your Rights Presentation 9-9-2022

This email originated inside of Baker County Sheriff Office.
All,

There have been several emails back and forth in reference to tomorrow's visits. This will be the last one from this agency, simply stated there will be no visits tomorrow. Your continuous badgering will not change that. Should you wish to schedule visits at a later date, you can call the facility and schedule through normal channels.

Thanks,



Randy Crews, Undersheriff
Baker County Sheriff's Office
Office: 904-259-0238
Cell: 904-545-7155

**From:** Katie Blankenship <KBlankenship@aclufl.org>
**Sent:** Thursday, September 8, 2022 2:29 PM
**To:** Evelyn Blue <evelyn.blue@Bakerso.com>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu; Rebecca Sharpless <rsharpless@law.miami.edu>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews <rcrews@bakerso.com>; Garrett J Ripa (Garrett.J.Ripa@ice.dhs.gov) <garrett.j.ripa@ice.dhs.gov>; Mikelson, Joel <joel.mikelson@ice.dhs.gov>
**Subject:** Re: Know Your Rights Presentation 9-9-2022

==This email originated outside of Baker County Sheriff Office. Think before you click!!!==
Good afternoon, all:

We've heard from Miami ERO and understand that you are working on scheduling our legal visits for tomorrow. Attached is a list of individuals we'd like to see tomorrow. We will have two attorneys (myself and Ashley Hamill, cc'd here), along with the students who have already been cleared for access. We can see individuals in either the two attorney client rooms or any other location you prefer.

Please let me know if you need anything further.

Thank you,


**Katie Blankenship | Deputy Legal Director**

*Pronouns: she, her, ella*
American Civil Liberties Union of Florida
4343 West Flagler Street, Suite 400, Miami, FL 33134
Office 786.363.1871 | Cell 615.796.9027 | kblankenship@aclufl.org | www.aclufl.org



**From:** Katie Blankenship <KBlankenship@aclufl.org>
**Sent:** Thursday, September 8, 2022 11:49 AM
**To:** Evelyn Blue <evelyn.blue@Bakerso.com>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu <ahamill@law.fsu.edu>; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu <caballero@law.ufl.edu>; Rebecca Sharpless <rsharpless@law.miami.edu>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews <rcrews@bakerso.com>; Garrett J Ripa (Garrett.J.Ripa@ice.dhs.gov) <garrett.j.ripa@ice.dhs.gov>; Mikelson, Joel <joel.mikelson@ice.dhs.gov>
**Subject:** Re: Know Your Rights Presentation 9-9-2022

Good morning Cpt. Blue,

Can you please confirm our access for legal visits tomorrow, and if you are denying legal visits tomorrow, can you please provide an explanation as to why our clients are being denied the right to meet with counsel?

Thank you,


**Katie Blankenship | Deputy Legal Director**

*Pronouns: she, her, ella*
American Civil Liberties Union of Florida
4343 West Flagler Street, Suite 400, Miami, FL 33134
Office 786.363.1871 | Cell 615.796.9027 | kblankenship@aclufl.org | www.aclufl.org



---

**From:** Katie Blankenship <KBlankenship@aclufl.org>
**Sent:** Wednesday, September 7, 2022 12:23 PM
**To:** Evelyn Blue <evelyn.blue@Bakerso.com>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu <ahamill@law.fsu.edu>; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu <caballero@law.ufl.edu>; Rebecca Sharpless <rsharpless@law.miami.edu>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews

<rcrews@bakerso.com>; Garrett J Ripa (Garrett.J.Ripa@ice.dhs.gov) <garrett.j.ripa@ice.dhs.gov>; Mikelson, Joel <joel.mikelson@ice.dhs.gov>
**Subject:** Re: Know Your Rights Presentation 9-9-2022

Captain Blue,

Your original email stated the presentation was cancelled. Are you now stating that you are not allowing any legal visits at Baker on Friday? If so, please provide an explanation as to why the facility is closed and not permitting legal representatives into the facility.

We cannot accomplish our legal visits over the phone. We need individuals to sign forms, and many are time sensitive.

Per ICE Detention Standards, individuals in ICE detention have a right to meet with legal counsel and the facility has an obligation to "permit legal visitation seven days a week, including holidays. It shall permit legal visits for a minimum of eight hours per day on regular business days, and a minimum of four hours per day on weekends and holidays." 2019 ICE Detention Standards II(G)(2).

Further staff at ICE detention centers "may not impose or allow imposition of the following sanctions: corporal punishment; deviations from food services or availability of water; deprivation of clothing, bedding, or items of personal hygiene; deprivation of correspondence privileges; **deprivation of legal visitation**[.]" *Id.* at II(A)(3).

Based on these requirements, we request that you confirm that Baker is open for legal visits on Friday and that we will be able to hold legal visits on Friday. If you are prohibiting legal visits at Baker, please confirm and provide an explanation so that we can discuss further with ICE and DHS.

Thank you,


**Katie Blankenship | Deputy Legal Director**

*Pronouns: she, her, ella*
American Civil Liberties Union of Florida
4343 West Flagler Street, Suite 400, Miami, FL 33134
Office 786.363.1871 | Cell 615.796.9027 | kblankenship@aclufl.org | www.aclufl.org



**From:** Evelyn Blue <evelyn.blue@Bakerso.com>
**Sent:** Wednesday, September 7, 2022 11:05 AM
**To:** Katie Blankenship <KBlankenship@aclufl.org>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu <ahamill@law.fsu.edu>; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu <caballero@law.ufl.edu>; Rebecca Sharpless <rsharpless@law.miami.edu>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews <rcrews@bakerso.com>
**Subject:** RE: Know Your Rights Presentation 9-9-2022

This email originated inside of Baker County Sheriff Office.
Good Morning.

As previously stated, the visit that was scheduled for this Friday is postponed. Should you still wish to speak with the detainees that you referenced, you are able to schedule phone calls with Mr. Richardson. At this time you will not have access to the facility on Friday.

Respectfully,
Cpt. E. Blue

---

**From:** Katie Blankenship <KBlankenship@aclufl.org>
**Sent:** Wednesday, September 7, 2022 10:49 AM
**To:** Evelyn Blue <evelyn.blue@Bakerso.com>; Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu; Janine Lopez <JLopez@aclufl.org>; caballero@law.ufl.edu; Rebecca Sharpless <rsharpless@law.miami.edu>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews <rcrews@bakerso.com>
**Subject:** RE: Know Your Rights Presentation 9-9-2022

This email originated outside of Baker County Sheriff Office. Think before you click!!!
Good morning,

Can you please provide clarification as to why this presentation has been cancelled, especially with such short notice? Is there another time this week that will work?

We still plan to be at Baker for legal visits Friday, and if we are not allowed to provide the presentation, we will start those legal visits at 9am with the individuals who sign up on the previously-provided sign-up sheet.

We look forward to seeing you Friday.

Thank you,

Katie Blankenship
Deputy Legal Director
Office 786.363.1871 | Cell 615.796.9027
kblankenship@aclufl.org | www.aclufl.org

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

**From:** Evelyn Blue <evelyn.blue@Bakerso.com>
**Sent:** Wednesday, September 7, 2022 10:45 AM
**To:** Tommy A. Richardson <tommy.richardson@bakerso.com>; ahamill@law.fsu.edu; Katie Blankenship <KBlankenship@aclufl.org>; Janine Lopez <JLopez@aclufl.org>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews <rcrews@bakerso.com>
**Subject:** RE: Know Your Rights Presentation 9-9-2022

This email originated inside of Baker County Sheriff Office.
Good Morning.

Please be advised that at this time the presentation scheduled for Friday, September 9th, 2022, has been postponed until further notice. The scheduled visit for Friday, September 30th, will be revaluated closer to the date of the visit.

We apologize for the short notice in having to reschedule this visit.

Respectfully,
Cpt. E. Blue



**Captain Evelyn Blue**
**Baker County Sheriff's Office**
**Corrections Buerau**
**Chief of Security**
**Office: 904-259-2674**
**Cell: 904-219-2705**

**\*\*\*\*The Baker County Sheriff's Office is a public entity subject to Florida Statutes Chapter 119, Public Records.\*\*\*\***

**E-mail messages are subject to public records disclosure, and with limited exceptions are not exempt from chapter 119.**
**This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.**

**From:** Tommy A. Richardson <tommy.richardson@bakerso.com>
**Sent:** Thursday, August 25, 2022 11:30 AM
**To:** ahamill@law.fsu.edu; Katie Blankenship <KBlankenship@aclufl.org>; Janine Lopez <JLopez@aclufl.org>
**Cc:** Bailey, Haylean R <Haylean.R.Bailey@ice.dhs.gov>; 'Smith, Cardell C' <Cardell.C.Smith@ice.dhs.gov>; Evelyn Blue <evelyn.blue@Bakerso.com>; Brad Harvey <brad.harvey@Bakerso.com>; Jessica Looby <jlooby@bakerso.com>; Randy Crews <rcrews@bakerso.com>
**Subject:** Know Your Rights Presentation 9-9-2022

This email originated inside of Baker County Sheriff Office.

Good Morning,

You have been approved By ICE/ERO for a KYR Presentation which is currently requested for Friday September 9, 2022. You have also been approved by the BCDC for the date and time allotment requested which is, Friday September 9, 2022 with a time slot of 8:30am-5:00pm. We will need all names and identification of those attending this day which will consist of Clinic Director/Attorney in Attendance (Ashley Hamill) (Katie Blankenship) (Janine Lopez) and (9) Law students in attendance. Please send at your earliest convenience current identification including current Bar ID. Background checks will be conducted by ICE/ERO and you will be notified of any issues. Attached to this email will be all necessary forms for this visit, they will need to be read and filled out by those visiting and emailed back to me. If you have any questions, feel free to reach out to me.

Kindest Regards,
Tommy Richardson



**Tommy A. Richardson**
**Programs Coordinator**
**Chaplain**
**Corrections Division**
**Baker County Sheriff's Office**
**1 Sheriff's Office Drive**
**Office: 904-259-1375**

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.