**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
FLORIDA, INC., and JOSE LUIS
MEJIA ENCARNACION,

    Plaintiffs,

v.                           Case No. 3:22-cv-1044-TJC-LLL

SCOTTY RHODEN, Sheriff, in his
official and individual capacities;
RANDY CREWS, Undersheriff, in
his individual capacity; EVELYN
BLUE, Captain, Corrections
Division, in her individual capacity,
and BAKER COUNTY
CORRECTIONS MANAGEMENT
CORPORATION,

    Defendant.

_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

The Court having previously granted the parties' Joint Motion for Extension of Deadlines in Case Management and Scheduling Order (Doc. 57), it is hereby

**ORDERED:**

1. The following deadlines and settings apply:

Deadline for disclosing expert reports.
Plaintiff:                                  **May 1, 2024**
Defendant:                                **May 15, 2024**

- 2 -

| | |
|---|---|
| Rebuttal: | **June 14, 2024** |
| Discovery Deadline: | **September 3, 2024** |
| Dispositive and Daubert Motions Deadline: (Responses due 21 days after service unless otherwise ordered; summary judgment replies (limited to 7 pages) permitted 14 days after service of a response) | **October 4, 2024** |
| Conduct Mediation: | **October 25, 2024** |
| Mediator: | **Jennifer Grippa, Esq.** |
| Address: | **4651 Salisbury Rd, Suite 170 Jacksonville, FL 32256** |
| Telephone: | **(888) 305-3553** |
| Filing of Pretrial Statement And all other Motions including Motions in Limine: | **February 12, 2025** |
| Final Pretrial Conference: | **February 19, 2025 at 10:00 a.m.** |
| Trial Term Begins (Jury) | **March 3, 2025 at 9:00 a.m.** |

2. In all other respects, the parties shall continue to be governed by the terms of the Court's August 7, 2023, Case Management and Scheduling Order (Doc. 13).

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of March, 2024.

                                                              **TIMOTHY J. CORRIGAN**
                                                              United States District Judge

By: <u>/s/ Susanne Weisman</u><br>Deputy Clerk

tl.
Copies to:

Counsel of Record
Mediator