UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ACLU of Florida, et al.,

Plaintiffs,

v.                                                                   Case No. 3:22-cv-1044-TJC-LLL

Sheriff Scotty Rhoden, et al.,

Defendants.

## Mediation Report

The parties held a mediation conference on July 18, 2025 , and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

- [✓] lead counsel
- [✓] the parties or a party's surrogate satisfactory to the mediator
- [✓] any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

[X] The parties completely settled the case.

[ ] The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

[ ] The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

[ ] The parties have reached an impasse.

*s/ Thomas H. Bateman III*
Thomas H. Bateman III
Mediatior
Fla. Bar No. 349781
Circuit Civil Certification No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720

July 25, 2025