UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC. and JOSE LUIS MEJIA ENCARNACION**

    Plaintiffs,

v.                                Case No.: 3:22-cv-01044-TJC-LLL

**SCOTTY RHODEN, Sheriff, in his official and individual capacities; et. al.,**

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, the American Civil Liberties Union Foundation of Florida, Inc., Jose Luis Mejia Encarnacion, Scotty Rhoden, Randy Crews, Evelyn Blue, and Baker County Corrections Management Corporation, and stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

    DATED: August 11, 2025

*/s/ Amy Godshall*
Amien Kacou (FL Bar No. 44302)
Amy Godshall (FL Bar No. 1049803)
Daniel B. Tilley (FL Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2700
akacou@aclufl.org
agodshall@aclufl.org
dtilley@aclufl.org

Katie Blankenship (FL Bar. No. 1031234)
Blankenship Law Group
251 Valencia Ave., #140121
Coral Gables, Florida, 33134
(786) 671-8133
katie@blankenshiplawgroup.com

Murray B. Silverstein (FL Bar No. 349216)
Stinson LLP
100 S. Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: (813) 534-7334
murray.silverstein@stinson.com
Jennifer.olson@stinson.com
KCM.LSSTeam2@stinson.com

Harvey L. Reiter*
Stinson LLP
1775 Penn. Ave. N.W., Suite 800
Washington, DC 20006
(202) 728-3016
Harvey.reiter@stinson.com

*Admitted *pro hac vice*

**Counsel for Plaintiffs**

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**
Florida Bar No. 0827711
E-mail: mcarson@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida  32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

**Attorneys for Defendants**